UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

JASON CANTRELL #397429,

      Plaintiff,

v

MICHIGAN DEPARTMENT OF
CORRECTIONS, ANTHONY HEILIG,
and SCOTT ARP,

      Defendants.

NO. 1:18-cv-1163

HON. GORDON J. QUIST

MAG. PHILLIP J. GREEN

_____/

Exhibit B

Class I Misconduct Hearing Report (2pp)
Charge: Assault and Battery (2015)
Violation Date: August 19, 2017
Hearing Date: August 23, 2017

CSJ-240B
Rev. 10/10

MICHIGAN DEPARTMENT OF CORRECTIONS
# CLASS I MISCONDUCT HEARING REPORT

| Prisoner | Prisoner Name | Facility Code | Lock | Violation Date |
|---|---|---|---|---|
| 397429 | Cantrell | IBC | 8-27 | 08/19/2017 |

**Charge(s):**
Assault and Battery (2015)

If Charge Changed by Hearing Officer:

**Plea:** ☐ Guilty  ☒ Not Guilty

Misconduct Report Read to and Discussed with Prisoner ☒ (check if applies)
Hearing Investigation Read to and Discussed with Prisoner ☒ (check if applies)
No Hearing Investigation Requested ☐ (check if applies)

## EVIDENCE/STATEMENTS IN ADDITION TO MISCONDUCT REPORT

I began the hearing by viewing a video outside of prisoner's presence. The video shows four officers escorting prisoner on the wing. As prisoner and the officers step down the stairs, one of the officers loses his balance. After reaching the bottom of the stairs and the staff are escorting prisoner, one of the officers places his foot under prisoner, tripping him. Staff and prisoner go to the floor. The video and video statement are marked confidential for security purposes. Prisoner present. Video summarized. All documents are one page unless otherwise noted. Misconduct Report, Hearing Investigation Report, including prisoner's statement to the hearing investigator, Misconduct Sanction Screening Form, read to and discussed with prisoner.

ORAL STATEMENT FROM PRISONER AT HEARING:
I was going with the motion. I did not do anything wrong.
I told prisoner the decision, sanction and dates prior to his leaving the hearing room.
DUE PROCESS: It is noted that the reporter placed an incorrect prisoner number on the Misconduct Report. I find this to be harmless clerical error.

## REASONS FOR FINDINGS

PD 03.03.105 defines assault and battery as an intentional, non-consensual touching of another person done either in anger or with the purpose of abusing or injuring another; physical resistance or physical interference with an employee. Injury is not necessary but contact is. The reporter says that while he was escorting prisoner, prisoner pulled away at the top of the stairs, causing the reporter to lose his balance. Prisoner continued to tense his body and resist staff escort to gain control. Prisoner continued to resist while he was on the floor. The video shows the reporter lose his footing, but it is not clear that prisoner at any time tenses up. Prisoner's explanation of the event, that he was just going with the motion, also is consistent with the video. Three other staff members were present, but their statements were not submitted to determine the veracity of the reporter or of prisoner. Without such statements of verification, I am not convinced that prisoner physically resisted or interfered with an employee. In addition, the Misconduct Report and the video do not indicate that prisoner's action was a non-consensual touching of another person done either in anger or with the purpose of abusing or injuring another.

## PROPERTY DISPOSITION (for contraband see PD 04.07.112)

## FINDINGS

| | Guilty | Not Guilty | Dismissed | Reporting Code |
|---|---|---|---|---|
| Charge No. 1 | ☐ | ☒ | ☐ | 008 |
| Charge No. 2 | ☐ | ☐ | ☐ | |
| Charge No. 3 | ☐ | ☐ | ☐ | |
| Charge No. 4 | ☐ | ☐ | ☐ | |

## DISPOSITION (select one or more) (Toplock & LOP Sanctions End at 6:00 am)

Begins _____ Ends _____

_____ Days of Detention
_____ Days Top Lock
_____ Days Loss of Privileges

_____ Days Credit
_____ Hours Extra Duty
$ _____ Restitution

Misconduct Hearing Report personally handed to Prisoner by Hearing Officer on this date: _____ (Check if Applies) ☐

Hearing Report given to Staff Member by Hearing Officer for Delivery to Prisoner this date: **8/23/2017** (Check if Applies) ☒

Name of Staff Member **HI Novak**

Date of Hearing **08/23/2017**

Hearing Officer's Name: **S. Burke 053**

Hearing Officer's Signature: *[signature]*

Date: **8-23-17**

DISTRIBUTION   Record Office, Central Office File, Prisoner, Counselor File, Hearing Investigator

8-27    8/29

CSJ-228
10/10  4835-3228

**MICHIGAN DEPARTMENT OF CORRECTIONS**
**MISCONDUCT REPORT**

| Prisoner Number: | Prisoner Name: | Facility Code: | Lock: | Violation Date: |
|---|---|---|---|---|
| 397428 | Cantrell | IBC | 2-246 B | 8-19-17 |

Time and Place of Violation: 2015 Housing Unit 2 B upper

Contraband Removal Record Provided to Prisoner? ☐ Yes Date _____ ☐ N/A

Misconduct Class: ☒ I ☐ II ☐ III    Charge(s): Assault and Battery (Staff Victim)

Describe Violation (If contraband involved, describe in detail; identify any other employee witnesses): While Escorting Prisoner Cantrell #397428 from 2-246 B to Housing Unit B He pulled away At the top of the stairs Causing me to lose my Balance. Prisoner Cantrell Continued to tense his Body and Resist our Efforts to gain control. Prisoner Cantrell was placed on the ground, given orders to Stop Resisting. Prisoner Cantrell continued to Resist. We gained control of Prisoner Cantrell and Finished the Escort to Housing Unit B. ID by state ID & Hu2 count Board.

Reporting Staff Member's Name (Print): Heilig

Date and Time Written: 8-19-17  2111

**REVIEW**

Location/Verification/Condition of Evidence: /

Elevated to Class I at review: ☐ No ☐ Yes    If "yes", explain reason:

**COMPLETE THIS SECTION ONLY FOR REVIEW OF CLASS I MISCONDUCT**

Status Pending Hearing: ☐ Bond  ☒ Segregation  ☐ Confinement to Cell/Room  ☐ Other
Reason if Non-Bond: ☒ Non-Bond List  ☐ Bond Revoked (must give reason)

Date and Time Given this Status: 8-19-17  2120

Who Notified in Housing Unit of Status: 4o Johnson

Hearing Investigator Requested? ☐ No ☒ Yes
Witnesses Requested? ☐ No ☒ Yes   If yes, list:

Relevant Documents Requested? ☒ No ☐ Yes   If yes, list:

Prisoner Waives 24 Hour Notice of Hearing? ☒ No ☐ Yes
Hearing Date: 8-21-2017

Reviewing Officer's Name (Print): Lt. S. Gilbert

Review Date and Time: 8-19-17  2130

I have received a copy of this report. My signature does not necessarily mean that I agree with the report.
☒ Prisoner refused to sign. Copy given to prisoner.

**WAIVER OF CLASS II OR III HEARING**

I understand I have a right to a hearing. I waive my right to a hearing and plead guilty to all charges. I also waive my right to appeal and accept the sanctions imposed.

**SANCTIONS IMPOSED** (Hearing Investigator enters begin and end dates for Class II misconducts)

| | Begins: | Ends: | ☐ Counseling/Reprimand (Class III only) |
|---|---|---|---|
| Days Toplock | | | ☐ $ _____ Restitution (Class II only) |
| Days Loss of Privileges | Begins: | Ends: | |
| Hours Extra Duty | Begins: | Ends: | |

Property Disposition if Applicable:

Employee Accepting Plea and Imposing Sanction (Print) | Employee's Signature | Date

Hearing Investigator's Name (Print) | Hearing Investigator's Signature | Date

Distribution: Prisoner; Counselor File; Record Office File (Class I and II); Central Office File (Class I); Hearing Investigator (Class I & Class II)