UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

JASON CANTRELL #397429,

    Plaintiff,

v

MICHIGAN DEPARTMENT OF
CORRECTIONS, ANTHONY HEILIG,
and SCOTT ARP,

    Defendants.

NO. 1:18-cv-1163

HON. GORDON J. QUIST

MAG. PHILLIP J. GREEN

_____/

Exhibit C

Hearing Investigation Report
Date: August 22, 2017

MICHIGAN DEPARTMENT OF CORRECTIONS

CAJ-681
REV. 2/90
4835-0681

## HEARING INVESTIGATION REPORT

| Number: | Name: | Date Seen: | Time Seen: |
|---|---|---|---|
| 397429 | Cantrell | 8/21/2017 | |

PRISONER'S STATEMENT: "I didn't do anything. I was walking with them and Heilig just kind of tripped down the stairs. There were four of them and one of me so there was not much room left on the stairs. Heilig just sort of tripped, he didn't fall and I didn't push or pull him. We got to the bottom of the stairs and they just tripped me and jumped on me for no reason. I was walking and doing what they wanted."

WITNESSES REQUESTED: ☐ Yes  ☐ No

1. _____  2. _____
3. _____  4. _____

QUESTIONS TO STAFF WITNESSES: _____

The facility is requesting the attached video be made confidential due to security concerns. I certify the video is an accurate copy made from the origial recording.

Signature: B. M.

Date: 8/22/2017