FILED - GR
April 22, 2019 10:30 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: ns /____ SCANNED BY____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

JASON CANTRELL #397429,
        Plaintiff,

Case No. 1:18-cv-1163

HON. GORDON J. QUIST

v.

MAG. PHILLIP J. GREEN

ANTHONY HEILIG, et al.,
        Defendants.
_____/

JASON CANTRELL #397429
Pro Se Plaintiff
Bellamy Creek Correctional Facility
1727 W. Bluewater Highway
Ionia, Michigan 48846

RAINA KORBAKIS (P49467)
Attorney for the Defendants
Assistant Attorney General
Criminal Appellate Division
P.O. Box 30217
Lansing, Michigan 48909

## DECLARATION IN SUPPORT
## OF MOTION FOR APPOINTMENT OF COUNSEL

I, JASON CANTRELL, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that:

1. I am the pro se plaintiff in the above-captioned case.

2. My education consists of a General Equivalence Diploma (GED).

3. I have no formal or informal legal training or education.

4. As of the date of this declaration I have depended on the advice and assistance of a "jailhouse lawyer".

5. I have no prior experience with the federal court system as this is the first and only civil rights violation complaint that I have prosecuted pursuant to 42 U.S.C. § 1983 or any other statute.

6. I am unable to hire an attorney to represent me in this matter as I am indigent.

7. In an attempt to obtain an attorney to represent me on a contingency-fee basis I have written letters to a few attorneys. Please see ATTACHED correspondences.

8. One attorney, Mr. Kevin C. Riddle, of the Fieger, Fieger, Kenney & Harrington Law Firm came for a consultation, but as of the date of this declaration, no attorney has agreed to take on my case.

9. Without representation of an attorney I will not be able to adequately investigate, prepare and present my claim before the Court.

Declarant says nothing further.

X _____
JASON CANTRELL
Declarant

X 4/18/19
Dated:

JASON CANTRELL #397429
BELLAMY CREEK CORRECTIONAL FACILITY
1727 W. BLUEWATER HWY
IONIA, MI 48846



ZIP 48846
02 4W
0000344027 APR 18 2019
$001.45

CLERK OF THE COURT
U.S. DISTRICT COURT
399 FEDERAL BUILDING
110 MICHIGAN ST. NW
GRAND RAPIDS, MI 49503