# 1

Jason Cantrell #397429
BELLAMY CREEK CORRECTIONAL FACILITY
1727 W. Bluewater Highway
Ionia, Michigan
48846


March 19, 2019


Mr. Daniel E. Manville
MICHIGAN STATE UNIVERSITY COLLEGE OF LAW
Clinical Professor
648 N. Shaw Ln. Rm. 216D
E. Lansing, MI 48824


   Re: Cantrell v. Heilig, et al.
    Case No. 1:18-cv-1163
    Hon. Gordon J. Quist
    Mag. Phillip J. Green


Dear Mr. Manville:

  My name is Jason Cantrell. I am writing in hopes that you may be willing to represent me on a contingency-fee basis in the above caption case.

  I filed a Civil Rights Violation Complaint under 42 U.S.C. § 1983 in the United States District Court for the Western District of Michigan, Southern District, in which I asserted an excessive use of force and retaliation claim. On March 18, 2019, the Defendants' counsel, Raina Korbakis, Assistant Attorney General, filed a motion for partial summary judgement. In their motion the Defendants moved for summary judgement with respect to my retaliation claim on the basis that I failed to exhaust my administrative remedies. As to my excessive use of force claim the Defendants have filed a jury demand. I have been given until April 15, 2019 to file my response to the Defendants' motion, however, it is true that I did not exhaust my administrative remedies with respect to my retaliation claim.

  The excessive use of force was captured by video surveillance. Defendant Heilig charged me with assault and battery, however, at the subsequent hearing on the misconduct I was found not guilty based on the video of the incident. The Defendants claim I tensed up and resisted them as they attempted to remove me from the unit. As the video will demonstrate, at no time did I resist the Defendants.

  I have no legal training and have depended on the assistance of a "jailhouse lawyer" to get this far with my suit. Now that I survived summary judgement with respect to my excessive use of force claim I have no idea how to proceed to trial on the matter.

  I understand that you have access to the court's records and will be able to review my complaint and other pleadings that have been filed in this matter and it is my hope that you will be willing to represent me as I have a colorable

claim and I need help to prosecute it. If you need any further information to determine whether you will represent me please do not hesitate to contact me at the address listed above.

In closing, I thank you in advance for your time and consideration in this matter. It is truly appreciated. I look forward to your reply.

Sincerely,


Jason Cantrell #397429

Jason Cantrell #397429
BELLAMY CREEK CORRECTIONAL FACILITY
1727 W. Bluewater Highway
Ionia, Michigan
48846


March |9, 2019


Ms. Deborah A. LaBelle
Attorney At law
221 N. Main St. Suite 300
Ann Arbor, MI 48104


Re: Cantrell v. Heilig, et al.
Case No. 1:18-cv-1163
Hon. Gordon J. Quist
Mag. Phillip J. Green


Dear Ms. LaBelle:

I am the above-named individual, a prisoner of the Michigan Department of Corrections, and I am writing in hopes that you may be willing to represent me in a Civil Rights Violation Complaint that I filed under 42 U.S.C. § 1983 in the United States District Court for the Western District, Southern Division.

In my complaint I raised two claims: retaliation and excessive use of force. The excessive use of force was captured on surveillance video. On March 18, 2019, the Defendants, through their counsel, Raina Korbakis, Assistant Attorney General, filed a motion for partial summary judgement in which they assert that I failed to exhaust my administrative remedies with respect to my retaliation claim. With respect to my excessive use of force claim, the Defendants have demanded a jury trial.

I have until April 15, 2019 to file my response to the Defendants' motion for partial summary judgement, but it is true that I did not exhaust my administrative remedies with respect to my retaliation claim. This is because I did not intend to assert a retaliation claim. It was construed by the Defendants.

It is my understanding that, as an attorney, you have access to the Court's ECF and can view the pleadings that have filed in my case, so I will not include any with this letter. It is my hope that, upon your receipt of this letter, you will look at my case and see that I have a colrable claim and consider representing me on a contingency-fee basis. I have no legal training and have depended on the assistance of a "jailhouse lawyer" to get me this far. Now that my case will proceed to trial I need the assistance of an attorney.

If you need any further information to help you determine whether or not to take on my case please do not hesitate to contact me at the address listed above.

In closing I thank you in advance for your time and consideration in this matter and I look forward to your reply.

Sincerely,


Jason Cantrell #397429