UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Jason CANTRELL,

Plaintiff,

-v-

A. Heilig, et al.,
Defendant,

Case No. 1:18-cv-1163
Hon. Gordon J. Quist
Mag. Phillip J. Green

**DECLARATION OF Jason CANTRELL**

I, Jason Cantrell, under the penalty of perjury states the following;

1. I am the named Plaintiff in this matter.

2. As to the Class I misconduct written on me, I informed the hearing officer that I was being retaliated against by Defendant Heilig due to my challenging his destruction of my property.

3. When I told the hearing officer the above, he had already informed me that I was being found not guilty.

Cantrell
Jason Cantrell

RECEIVED SEP 1 2 2019