UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JASON CANTRELL #397429,

    Plaintiff,                                     Hon. Gordon J. Quist

-v-                                                  Mag. Philip J. Green

ANTHONY HEILIG, and SCOTT ARP,     Case No. 1:18-cv-01163

    Defendants.

_____/

## NOTICE TO WITHDRAW ECF 44

    Plaintiff is issuing this notice to withdraw ECF 44.

Respectfully submitted:
/s/Daniel E. Manville
Daniel E. Manville (P39731)
Counsel for Plaintiff
Director, Civil Rights Clinic
Michigan State University College of Law
Box 1570
East Lansing, MI 48823
517-336-8088 (office)
517-336-8089 (fax)
daniel.manville@law.msu.edu

## CERTIFICATE OF SERVICE

    I certify that on November 14, 2019 the foregoing document was served on Defendants' counsel of record by ECF.

                              /s/Daniel E. Manville
                            Daniel E. Manville (P39731)