UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JASON CANTRELL #397429,

    Plaintiff,

Case No. 1:18-CV-1163

v.

HON. GORDON J. QUIST

ANTHONY HEILIG, et al.,

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On October 17, 2019, Magistrate Judge Phillip J. Green issued a Report and Recommendation (R&R) recommending that the Court deny Defendants' motion for partial summary judgment (ECF No. 16), which concluded that Plaintiff failed to exhaust his administrative remedies as to the retaliation claim against Defendant Heilig. The Court has reviewed the R&R. No objections have been filed pursuant to 28 U.S.C. § 636(b). Thus, the Court will adopt the R&R.

**THEREFORE, IT IS HEREBY ORDERED** that the October 17, 2019, Report and Recommendation (ECF No. 41) is approved and adopted as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' motion for partial summary judgment is **DENIED** for the reasons set forth in the R&R.

Dated: November 19, 2019                                                    /s/ Gordon J. Quist
                                                                                            GORDON J. QUIST
                                                                   UNITED STATES DISTRICT JUDGE