UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

JASON CANTRELL #397429,

    Plaintiff,                                  Hon. Gordon J. Quist

v.                                             Case No. 1:18-cv-01163-GJQ-PJG

A. HEILIG, et al.,

    Defendants,

_____/

## ORDER

This matter is before the Court on Plaintiff's Motion to Compel Discovery. (ECF No. 42). Defendants responded. (ECF No. 50). The Court conducted a hearing today at which counsel for all parties appeared. Having considered the parties' oral and written submissions, and for the reasons stated on the record, the motion is **DENIED** with respect to interrogatory 1 and it is otherwise **GRANTED**. Accordingly,

**IT IS ORDERED** that Defendants shall, within fourteen days of the date of this order, respond to Plaintiff's remaining discovery requests.

**IT IS FURTHER ORDERED** that the discovery deadline is extended to March 27, 2020, and that the dispositive motion deadline is extended to April 27, 2020.

**IT IS SO ORDERED**.

Date: December 17, 2019 /s/ Phillip J. Green  
PHILLIP J. GREEN  
United States Magistrate Judge