UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

JASON CANTRELL #397429,

    Plaintiff,   NO. 1:18-cv-1163

v   HON. GORDON J. QUIST

MICHIGAN DEPARTMENT OF   MAG. PHILLIP J. GREEN
CORRECTIONS, ANTHONY HEILIG,
and SCOTT ARP,

    Defendants.

_____

| | |
|---|---|
| Dan Manville (P39731) | Josh Marcum (P68244) |
| Attorney for Plaintiff | Assistant Attorney General |
| Civil Rights Clinic | Attorney for MDOC Defendants |
| MSU College of Law | Michigan Department of Attorney General |
| P.O. Box 1570 | MDOC Division |
| East Lansing, MI  48823 | P.O. Box 30217 |
| (517) 913-9690 | Lansing, MI  48909 |
| daniel.manville@law.msu.edu | (517) 335-3055 |
| | Marcumj1@michigan.gov |

_____/

## MDOC DEFENDANTS' MOTION TO SEAL DOCUMENTS

    MDOC Defendants, by counsel, move to seal Defendants' Exhibit C, Exhibits E-N and Exhibit T.  The proposed sealed items will be used as exhibits in Defendants' Motion for Summary Judgment which will be filed no later than September 30, 2020.  This motion is made in accordance with W.D. Local Civil Rule 10.6 and based on the grounds sets forth in the accompanying brief.  Defendants sought concurrence of Plaintiff's Counsel via email and Plaintiff does not concur.

1

        Respectfully submitted,

        Dana Nessel
        Attorney General

        *s/ Josh Marcum*
        Josh Marcum (P68244)
        Assistant Attorney General
        Attorney for MDOC Defendants
        MDOC Division
        P.O. Box 30217
        Lansing, MI  48909
        (517) 335-3055
        marcumj1@michigan.gov

Date:  September 18, 2020        P68244
Marcum\Cantrell 2018-0238395-B\Mot to Seal Exs

## CERTIFICATE OF SERVICE

     I hereby certify that on **September 18, 2020**, I electronically filed **MDOC DEFENDANTS' MOTION TO SEAL DOCUMENTS, with proposed ORDER** with the Clerk of the Court using the ECF system which will send notification of such filing.

        *s/ Josh Marcum*
        JOSH MARCUM (P68244)
        Assistant Attorney General
        marcumj1@michigan.gov
        P68244