UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

JASON CANTRELL #397429,

    Plaintiff,                 NO. 1:18-cv-1163

v                                      HON. GORDON J. QUIST

MICHIGAN DEPARTMENT OF      MAG. PHILLIP J. GREEN
CORRECTIONS, ANTHONY HEILIG,
and SCOTT ARP,

    Defendants.

| Dan Manville (P39731) | Josh Marcum (P68244) |
|---|---|
| Attorney for Plaintiff | Assistant Attorney General |
| Civil Rights Clinic | Attorney for MDOC Defendants |
| MSU College of Law | Michigan Department of Attorney General |
| P.O. Box 1570 | MDOC Division |
| East Lansing, MI 48823 | P.O. Box 30217 |
| (517) 913-9690 | Lansing, MI 48909 |
| daniel.manville@law.msu.edu | (517) 335-3055 |
| | Marcumj1@michigan.gov |

## MDOC DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants, Anthony Heilig and Scott Arp, by and through counsel, bring their motion pursuant to Fed. R. Civ. P. 56(a) and respectfully request this Court dismiss all claims against them for the reasons set forth in their accompanying brief. Under Local Rule 7.1(d), undersigned counsel certifies that he emailed counsel for Plaintiff on September 23, 2020 notifying counsel that this motion would be filed on September 28, 2020 and concurrence was not given.

1

        Respectfully submitted,

        Dana Nessel
        Attorney General

        *s/ Josh Marcum*
        Josh Marcum (P68244)
        Assistant Attorney General
        Attorney for MDOC Defendants
        MDOC Division
        P.O. Box 30217
        Lansing, MI  48909
        (517) 335-3055
        marcumj1@michigan.gov

Date: September 28, 2020        P68244
Marcum\Cantrell 2018-0238395-B\Mot for SJ

## CERTIFICATE OF SERVICE

I hereby certify that on **September 28, 2020**, I electronically filed **MDOC DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** with the Clerk of the Court using the ECF system which will send notification of such filing.

        *s/ Josh Marcum*
        JOSH MARCUM (P68244)
        Assistant Attorney General
        marcumj1@michigan.gov
        P68244