UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

JASON CANTRELL #397429,

    Plaintiff,                               NO. 1:18-cv-1163

v                                           HON. GORDON J. QUIST

MICHIGAN DEPARTMENT OF       MAG. PHILLIP J. GREEN
CORRECTIONS, *et al.*,

    Defendants.
_____/

# INDEX OF EXHIBITS

| | |
|---|---|
| Exhibit A | Plaintiff Jason Cantrell's Deposition Transcript<br>Taken: November 26, 2019 |
| Exhibit B | Gary Stump Deposition Transcript<br>Taken: March 13, 2020 |
| Exhibit C | Taser Video (DVD Disc)<br>Date: 8/19/2017<br>SUBMITTED TO THE COURT UNDER SEAL |
| Exhibit D | Anthony Heilig Deposition Transcript<br>Taken: March 13, 2020 |
| Exhibit E | E-N Still Photographs captured from Exhibit C<br>SUBMITTED TO THE COURT UNDER SEAL |
| Exhibit F | E-N Still Photographs captured from Exhibit C<br>SUBMITTED TO THE COURT UNDER SEAL |
| Exhibit G | E-N Still Photographs captured from Exhibit C<br>SUBMITTED TO THE COURT UNDER SEAL |
| Exhibit H | E-N Still Photographs captured from Exhibit C<br>SUBMITTED TO THE COURT UNDER SEAL |

| | |
|---|---|
| Exhibit I | E-N Still Photographs captured from Exhibit C<br>SUBMITTED TO THE COURT UNDER SEAL |
| Exhibit J | E-N Still Photographs captured from Exhibit C<br>SUBMITTED TO THE COURT UNDER SEAL |
| Exhibit K | E-N Still Photographs captured from Exhibit C<br>SUBMITTED TO THE COURT UNDER SEAL |
| Exhibit L | E-N Still Photographs captured from Exhibit C<br>SUBMITTED TO THE COURT UNDER SEAL |
| Exhibit M | E-N Still Photographs captured from Exhibit C<br>SUBMITTED TO THE COURT UNDER SEAL |
| Exhibit N | E-N Still Photographs captured from Exhibit C<br>SUBMITTED TO THE COURT UNDER SEAL |
| Exhibit O | Scott Gilbert Deposition Transcript<br>Taken:  March 13, 2020 |
| Exhibit P | Affidavit of Scott Gilbert and<br>Internal Affairs Investigation [REDACTED]<br>AIM #22038 Memorandum<br>Dated:  9/16/2017 |
| Exhibit Q | Class II Misconduct Hearing Report<br>Charge:  Disobeying a Direct Order-420<br>Date:  8/19/2017 |
| Exhibit R | Class I Misconduct Hearing Report<br>Charge:  Assault & Battery (2015)<br>Date:  8/19/2017 |
| Exhibit S | Scott Arp Deposition Transcript<br>Taken:  March 13, 2020 |

| | |
|---|---|
| Exhibit T | Institutional Video (DVD Disc)<br>Date:  8/19/2017<br>SUBMITTED TO THE COURT UNDER SEAL |
| Exhibit U | Excerpts of Plaintiff's Medical Records (14pp)<br>[REDACTED] |
| Exhibit V | PD 03.03.105, "Prisoner Discipline" – Attachment A<br>(effective date 04/09/2012) |