UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

JASON CANTRELL #397429,

Plaintiff,

v

MICHIGAN DEPARTMENT OF CORRECTIONS, *et al.*,

Defendants.

NO. 1:18-cv-1163

HON. GORDON J. QUIST

MAG. PHILLIP J. GREEN

______________________________________/

Exhibit Q

Class II Misconduct Hearing Report
Charge: Disobeying a Direct Order-420
Date: 8/19/2017

MICHIGAN DEPARTMENT OF CORRECTIONS

CSJ-229
10/10

**CLASS II AND III MISCONDUCT HEARING REPORT**

**GENERAL INFORMATION**

| Prisoner Number | Prisoner Name | Facility Code | Violation Date |
|---|---|---|---|
| 397429 | Cantrell | IBC | ~~8-16-2017~~ 8/19/17 per numR |

**MISCONDUCT VIOLATION**

Hearing Class II ☒ Class III ☐

Misconduct Charges: **Disobeying a Direct Order-420**

Misconduct Charge if Changed by Hearing Officer:

Plea: ☐ Guilty ☒ Not Guilty

**WAIVER OF HEARING**

| I understand I have a right to a hearing. I waive my right to a hearing and plead guilty to all charges. I also waive my right to appeal and accept the sanctions imposed. | Prisoner's Signature | Date |
|---|---|---|

**HEARING REPORT (Do Not Complete If Hearing Waived)**

**Evidence and/or prisoner statement in addition to misconduct report:**
Prisoner Cantrell was present for the hearing. Prisoner Cantrell stated that the misconduct was written on another prisoner because his number is incorrect.

**Reasons for findings:**
Based on misconduct the prisoners number was off one digit. This was a clerical error. I find the prisoner guilty as charged.

**FINDINGS**

| Charge | Guilty | Not Guilty | Dismissed | CMIS Code |
|---|---|---|---|---|
| Charge 1 | ☒ Guilty | ☐ Not Guilty | ☐ Dismissed | 420 |
| Charge 2 | ☐ Guilty | ☐ Not Guilty | ☐ Dismissed | ____ |
| Charge 3 | ☐ Guilty | ☐ Not Guilty | ☐ Dismissed | ____ |
| Charge 4 | ☐ Guilty | ☐ Not Guilty | ☐ Dismissed | ____ |

**SANCTIONS (Hearing Investigator enters begin and end dates)**

| | | Begins | Ends |
|---|---|---|---|
| 5 | Days Toplock | 10·8·17 | 10·13·17 |
| 30 | Days Loss of Privileges | 10·13·17 | 11·12·17 |
| ____ | Hours Extra Duty | ____ | ____ |

☐ Counseling/Reprimand (Class III only)

☐ $ ____ Restitution (Class II only)

Property Disposition if Applicable: ____

Misconduct Hearing Report given to Hearing Investigator for Delivery to Prisoner this date: ____

| Hearing Officer's Name (Print) | Hearing Officer's Signature | Hearing Date |
|---|---|---|
| Lt. M. Bennickson | Lt. M. Bennickson | 8-22-2017 |
| **Hearing Investigator's Name (Print)** | **Hearing Investigator's Signature** | **Date** |
| B. Novak | B. Novak | 8/23/17 |

Distribution: Counselor File; Record Office File (Class II); Prisoner

MICHIGAN DEPARTMENT OF CORRECTIONS 8-27 CSJ-228 10/10 4835-3228

**MISCONDUCT REPORT**

Prisoner Number: 397428 | Prisoner Name: Cantrell | Facility Code: IBC | Lock: Z-246 B | Violation Date: 8-18-17

Time and Place of Violation: 2015 Housing Unit 2 B upper

Contraband Removal Record Provided to Prisoner? ☐ Yes Date ______ ☒ N/A

Misconduct Class: ☐ I ☒ II ☐ III Charge(s): Disobeying A Direct Order

Describe Violation (If contraband involved, describe in detail; identify any other employee witnesses): While Running Med lines in HU 2 Prisoner Cantrell #397428 who locks in 2-246B Came out of his cell and He did not have Meds to get. From Approx 3 Feet Away I gave him, with Direct Eye contact 2 Direct orders to Return to his cell. Prisoner Cantrell's Bunkie Returned From getting Meds and when the Door opened Prisoner Cantrell stepped into his Door way and Stopped his Door From closing. I gave Him 3 direct orders to Enter his Cell and allow the Door to close From 2 Feet Away with Direct Eye contact. I then gave him a direct order to turn Around to be Restrained At no Time did He comply with my orders. ID by State ID + HU2 count Board. As I was giving Him orders to Enter his cell He Replied "Fuck you Make me!"

Reporting Staff Member's Name (Print): Heilig [redacted] | Reporting Staff Member's Signature: [signature] | Date and Time Written: 8-18-17 2056

**REVIEW**

Location/Verification/Condition of Evidence:

Elevated to Class I at review: ☐ No ☐ Yes | If "yes", explain reason:

**COMPLETE THIS SECTION ONLY FOR REVIEW OF CLASS I MISCONDUCT**

Status Pending Hearing: ☐ Bond ☐ Segregation ☐ Confinement to Cell/Room ☐ Other

Reason if Non-Bond: ☐ Non-Bond List ☐ Bond Revoked (must give reason)

Date and Time Given this Status: | Who Notified in Housing Unit of Status:

Hearing Investigator Requested? ☐ No ☐ Yes | Witnesses Requested? ☐ No ☐ Yes If yes, list:

Relevant Documents Requested? ☐ No ☐ Yes If yes, list:

Additional Comments: 30 | Prisoner Waives 24 Hour Notice of Hearing? ☒ No ☐ Yes Hearing Date: 8-21-17

Reviewing Officer's Name (Print): Lt S. Gilbert [redacted] | Reviewing Officer's Signature: [signature] | Review Date and Time: 8-18-17 2133

I have received a copy of this report. My signature does not necessarily mean that I agree with the report. | Prisoner's Signature | Date

☒ Prisoner refused to sign. Copy given to prisoner.

**WAIVER OF CLASS II OR III HEARING**

I understand I have a right to a hearing. I waive my right to a hearing and plead guilty to all charges. I also waive my right to appeal and accept the sanctions imposed. | Prisoner's Signature | Date

**SANCTIONS IMPOSED (Hearing Investigator enters begin and end dates for Class II misconducts)**

______ Days Toplock Begins: ______ Ends: ______ ☐ Counseling/Reprimand (Class III only)

______ Days Loss of Privileges Begins: ______ Ends: ______ ☐ $ ______ Restitution (Class II only)

______ Hours Extra Duty Begins: ______ Ends: ______

Property Disposition If Applicable:

Employee Accepting Plea and Imposing Sanction (Print) | Employee's Signature | Date

Hearing Investigator's Name (Print) | Hearing Investigator's Signature | Date

Distribution: Prisoner; Counselor File; Record Office File (Class I and II); Central Office File (Class I); Hearing Investigator (Class I & Class II)

MDOC 152