UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

JASON CANTRELL #397429,

    Plaintiff,                                      NO. 1:18-cv-1163

v                                                    HON. GORDON J. QUIST

MICHIGAN DEPARTMENT OF        MAG. PHILLIP J. GREEN
CORRECTIONS, *et al.*,

    Defendants.

_____/

Exhibit R

Class I Misconduct Hearing Report
Charge: Assault & Battery (2015)
Date: 8/19/2017

CSJ-240B
Rev. 10/10

MICHIGAN DEPARTMENT OF CORRECTIONS
# CLASS I MISCONDUCT HEARING REPORT

| Prisoner | Prisoner Name | Facility Code | Lock | Violation Date |
|---|---|---|---|---|
| 397429 | Cantrell | IBC | 8-27 | 08/19/2017 |

**Charge(s):**
Assault and Battery (2015)

If Charge Changed by Hearing Officer

**Plea:** ☐ Guilty  ☒ Not Guilty

Misconduct Report Read to and Discussed with Prisoner ☒ (check if applies)
Hearing Investigation Read to and Discussed with Prisoner ☒ (check if applies)
No Hearing Investigation Requested ☐ (check if applies)

## EVIDENCE/STATEMENTS IN ADDITION TO MISCONDUCT REPORT

I began the hearing by viewing a video outside of prisoner's presence. The video shows four officers escorting prisoner on the wing. As prisoner and the officers step down the stairs, one of the officers loses his balance. After reaching the bottom of the stairs and the staff are escorting prisoner, one of the officers places his foot under prisoner, tripping him. Staff and prisoner go to the floor. The video and video statement are marked confidential for security purposes. Prisoner present. Video summarized. All documents are one page unless otherwise noted. Misconduct Report, Hearing Investigation Report, including prisoner's statement to the hearing investigator, Misconduct Sanction Screening Form, read to and discussed with prisoner.
ORAL STATEMENT FROM PRISONER AT HEARING:
I was going with the motion. I did not do anything wrong.
I told prisoner the decision, sanction and dates prior to his leaving the hearing room.
DUE PROCESS: It is noted that the reporter placed an incorrect prisoner number on the Misconduct Report. I find this to be harmless clerical error.

## REASONS FOR FINDINGS

PD 03.03.105 defines assault and battery as an intentional, non-consensual touching of another person done either in anger or with the purpose of abusing or injuring another; physical resistance or physical interference with an employee. Injury is not necessary but contact is. The reporter says that while he was escorting prisoner, prisoner pulled away at the top of the stairs, causing the reporter to lose his balance. Prisoner continued to tense his body and resist staff escort to gain control. Prisoner continued to resist while he was on the floor. The video shows the reporter lose his footing, but it is not clear that prisoner at any time tenses up. Prisoner's explanation of the event, that he was just going with the motion, also is consistent with the video. Three other staff members were present, but their statements were not submitted to determine the veracity of the reporter or of prisoner. Without such statements of verification, I am not convinced that prisoner physically resisted or interfered with an employee. In addition, the Misconduct Report and the video do not indicate that prisoner's action was a non-consensual touching of another person done either in anger or with the purpose of abusing or injuring another.

## PROPERTY DISPOSITION (for contraband see PD 04.07.112)

## FINDINGS

| | Guilty | Not Guilty | Dismissed | Reporting Code |
|---|---|---|---|---|
| Charge No. 1 | ☒ | ☒ | ☐ | 008 |
| Charge No. 2 | ☐ | ☐ | ☐ | |
| Charge No. 3 | ☐ | ☐ | ☐ | |
| Charge No. 4 | ☐ | ☐ | ☐ | |

## DISPOSITION (select one or more) (Toplock & LOP Sanctions End at 6:00 am)

Begins  Ends

___ Days of Detention  ___ ___
___ Days Top Lock  ___ ___
___ Days Loss of Privileges  ___ ___

___ Days Credit
___ Hours Extra Duty
$ ___ Restitution

Misconduct Hearing Report personally handed to Prisoner by Hearing Officer on this date: ___ (Check if Applies) ☐

Hearing Report given to Staff Member by Hearing Officer for Delivery to Prisoner this date: **8/23/2017** (Check if Applies) ☒

Name of Staff Member **HI Novak**

Date of Hearing **08/23/2017**

Hearing Officer's Name
S. Burke 053

Hearing Officer's Signature
*Susan C Burke*

Date
8-23-17

DISTRIBUTION  Record Office, Central Office File, Prisoner, Counselor File, Hearing Investigator

8-27

8/29

CSJ-228
10/10  4835-3228

**MICHIGAN DEPARTMENT OF CORRECTIONS**
**MISCONDUCT REPORT**

| Prisoner Number: 397428 | Prisoner Name: Cantrell | Facility Code: IBC | Lock: 2-246 B | Violation Date: 8-19-17 |

Time and Place of Violation: 2015 Housing Unit 2 B upper

Contraband Removal Record Provided to Prisoner? ☐ Yes  Date ____  ☐ N/A

Misconduct Class: ☒ I  ☐ II  ☐ III  Charge(s): Assault and Battery (Staff Victim)

Describe Violation (If contraband involved, describe in detail; identify any other employee witnesses): While Escorting Prisoner Cantrell #397428 from 2-246 B to Housing Unit B He pulled away At the top of the stairs causing me to lose my Balance. Prisoner Cantrell continued to tense his Body and Resist our Efforts to gain control. Prisoner Cantrell was placed on the ground, given orders to Stop Resisting. Prisoner Cantrell continued to Resist. We gained control of Prisoner Cantrell and finished the Escort to Housing Unit B. ID by State ID & Hu 2 count Board.

Reporting Staff Member's Name (Print): Heilig
Reporting Staff Member's Signature: [signed]
Date and Time Written: 8-19-17  2111

**REVIEW**

Location/Verification/Condition of Evidence: /

Elevated to Class I at review: ☐ No  ☐ Yes   If "yes", explain reason:

**COMPLETE THIS SECTION ONLY FOR REVIEW OF CLASS I MISCONDUCT**

Status Pending Hearing: ☐ Bond  ☒ Segregation  ☐ Confinement to Cell/Room  ☐ Other
Reason if Non-Bond: ☒ Non-Bond List  ☐ Bond Revoked (must give reason)

Date and Time Given this Status: 8-19-17  2120
Who Notified in Housing Unit of Status: C/O Johnson

Hearing Investigator Requested? ☐ No  ☒ Yes
Witnesses Requested? ☐ No  ☒ Yes  If yes, list:

Relevant Documents Requested? ☒ No  ☐ Yes  If yes, list:

Additional Comments:

Prisoner Waives 24 Hour Notice of Hearing? ☒ No  ☐ Yes
Hearing Date: 8-21-2017

Reviewing Officer's Name (Print): Lt. S. Gilbert
Reviewing Officer's Signature: [signed] Lt. A. Nut
Review Date and Time: 8-19-17  2130

I have received a copy of this report. My signature does not necessarily mean that I agree with the report.
☒ Prisoner refused to sign. Copy given to prisoner.

Prisoner's Signature: _____  Date: _____

**WAIVER OF CLASS II OR III HEARING**

I understand I have a right to a hearing. I waive my right to a hearing and plead guilty to all charges. I also waive my right to appeal and accept the sanctions imposed.

Prisoner's Signature: _____  Date: _____

**SANCTIONS IMPOSED** (Hearing Investigator enters begin and end dates for Class II misconducts)

| ____ Days Toplock | Begins: ____ Ends: ____ | ☐ Counseling/Reprimand (Class III only) |
| ____ Days Loss of Privileges | Begins: ____ Ends: ____ | ☐ $ ____ Restitution (Class II only) |
| ____ Hours Extra Duty | Begins: ____ Ends: ____ | |

Property Disposition If Applicable: _____

Employee Accepting Plea and Imposing Sanction (Print): _____  Employee's Signature: _____  Date: _____

Hearing Investigator's Name (Print): _____  Hearing Investigator's Signature: _____  Date: _____

Distribution: Prisoner; Counselor File; Record Office File (Class I and II); Central Office File (Class I); Hearing Investigator (Class I & Class II)

CAJ-681
REV. 2/90
4835-0681

MICHIGAN DEPARTMENT OF CORRECTIONS
## HEARING INVESTIGATION REPORT

| Number: | Name: | Date Seen: | Time Seen: |
|---|---|---|---|
| 397429 | Cantrell | 8/21/2017 | |

PRISONER'S STATEMENT: "I didn't do anything. I was walking with them and Heilig just kind of tripped down the stairs. There were four of them and one of me so there was not much room left on the stairs. Heilig just sort of tripped, he didn't fall and I didn't push or pull him. We got to the bottom of the stairs and they just tripped me and jumped on me for no reason. I was walking and doing what they wanted. "

WITNESSES REQUESTED: ☐ Yes ☐ No

1. _____
2. _____
3. _____
4. _____

QUESTIONS TO STAFF WITNESSES: _____

The facility is requesting the attached video be made confidential due to security concerns. I certify the video is an accurate copy made from the origial recording.

Signature: B. M.

Date: 8/22/2017

Video Summary

Re:        397429 Cantrell

Date:      8/19/17

Location:  Unit 2


A group of officers is escorting Cantrell down the stairs in unit 2. I do not know who any of the officers are, they are not listed on the misconduct report, and no witness statements were provided. While coming down the stairs officer Heilig slips and loses his footing. Once on base one of the unknown officers trips Cantrell and the whole group ends on the floor, with the officers on top of Cantrell.

CONFIDENTIAL Bush 053
PER H.O. _____
DATE  8-23-17

MICHIGAN DEPARTMENT OF CORRECTIONS  
**MISCONDUCT SANCTION SCREENING FORM**

CSJ-330  
Rev. 10/10

| Prisoner Number | Prisoner Name | Facility | Request Date |
|---|---|---|---|
| 397428 | CANTRELL | IBC | 8/21/17 |

This form is to be completed by the Hearing Investigator for each of the following, unless the prisoner is receiving inpatient mental health services or receiving mental health services through any residential treatment program or the Secure Status Outpatient Treatment Program. (Mark box which applies.)

☐ Prisoner is receiving special education services - refer to Principal.

☐ Prisoner is on an outpatient corrections mental health services active caseload - refer to QMHP.

☒ Prisoner is being confined in temporary segregation pending misconduct hearing. See below.

**TO BE COMPLETED ONLY FOR PRISONERS IN TEMPORARY SEGREGATION PENDING MISCONDUCT HEARING**

Refer to QMHP if any of the following apply:
- Prisoner answers "yes" to question no. 7
- Prisoner answers "yes" to question no. 8
- Prisoner answers "yes" to at least 2 of the other questions (questions 1 - 6)
- Prisoner exhibits behavior or speech suggestive of a mental disability or for any other reason believed necessary

NOTE: If prisoner answers yes to any question, explain in "General Comments" section. If prisoner will not answer a question or says s/he does not know the answer, do not check a box; instead explain in "General Comments" section why prisoner did not answer.

| Question | No | Yes | General Comments |
|---|---|---|---|
| 1. Do you currently believe that someone other than you is in control of your mind or thoughts? | ☒ | ☐ | |
| 2. Do you currently believe that other people know your thoughts and can read your mind? | ☒ | ☐ | |
| 3. Have you currently lost or gained as much as 2 pounds a week over the last several weeks without even trying? | ☒ | ☐ | |
| 4. Have you or others noticed that you are currently much more active than you usually are? | ☒ | ☐ | |
| 5. Do you currently feel like you have to talk or move more slowly than you usually do? | ☒ | ☐ | |
| 6. Have there currently been a few weeks when you felt like you were useless or a terrible person? | ☒ | ☐ | |
| 7. Are you currently receiving medication or other mental health treatment from the Outpatient Mental Health Team? | ☒ | ☐ | |
| 8. Have you ever been admitted to a hospital overnight or longer for emotional or mental health problems? | ☒ | ☐ | |

**Screener's Comments/Impressions (Optional)**

☐ Language barrier   ☐ Difficulty understanding questions   ☐ Non-cooperative (explain)   ☐ Other (explain)

**REFERRAL DETERMINATION**

☐ Referred to QMHP and/or Principal for completion of CSJ-331 "Misconduct Sanction Assessment"; attach copy of Misconduct Report.
☒ Not referred.

| Screener's Name (printed) | Screener's Signature | Date |
|---|---|---|
| B. NOVAK | B. Novak | 8/21/2017 |