UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

JASON CANTRELL #397429,

    Plaintiff,

v

MICHIGAN DEPARTMENT OF
CORRECTIONS, ANTHONY HEILIG,
and SCOTT ARP,

    Defendants.

NO. 1:18-cv-1163

HON. GORDON J. QUIST

MAG. PHILLIP J. GREEN

| | |
|---|---|
| Dan Manville (P39731) <br> Attorney for Plaintiff <br> Civil Rights Clinic <br> MSU College of Law <br> P.O. Box 1570 <br> East Lansing, MI  48823 <br> (517) 913-9690 <br> daniel.manville@law.msu.edu | Josh Marcum (P68244) <br> Assistant Attorney General <br> Attorney for MDOC Defendants <br> Michigan Department of Attorney General <br> MDOC Division <br> P.O. Box 30217 <br> Lansing, MI  48909 <br> (517) 335-3055 <br> Marcumj1@michigan.gov |

### MDOC DEFENDANTS' NOTICE OF WITHDRAWAL OF SPECIFIED EXHIBITS TO BRIEF IN SUPPORT OF MOTION FOR <u>SUMMARY JUDGMENT (R. 78)</u>

      MDOC Defendants, by counsel, hereby withdraw Defendants' Exhibit C, Exhibits E-N and Exhibit T, previously filed under seal as exhibits to Defendants' Brief in Support of Summary Judgment (R. 78).  The sole purpose of this withdrawal is to immediately refile the same exhibits as exhibits to R. 78, not under seal, in compliance with the Order of this Court denying Defendants' Motion to Seal (R. 81).  The refiled Exhibit C, Exhibits E-N and Exhibit T are the same exhibits, and in the same order, as previously filed under seal.  Index of Exhibits is attached hereto.

1

Counsel for Defendants contacted Plaintiff's counsel via email on October 15, 2020 and concurrence was given.

Respectfully submitted,

Dana Nessel
Attorney General

*s/ Josh Marcum*
Josh Marcum (P68244)
Assistant Attorney General
Attorney for MDOC Defendants
MDOC Division
P.O. Box 30217
Lansing, MI  48909
(517) 335-3055
marcumj1@michigan.gov
P68244

Date: October 16, 2020

Marcum\Cantrell 2018-0238395-B\Notice of W-D of Spec Exs & Re-Filed

## CERTIFICATE OF SERVICE

I hereby certify that on **October 16, 2020**, I electronically filed **MDOC DEFENDANTS' NOTICE OF WITHDRAWAL OF SPECIFIED EXHIBITS TO BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT (R. 78), INDEX OF EXHIBITS, and EXHIBITS C, E through N, and T,** with the Clerk of the Court using the ECF system which will send notification of such filing.

*s/ Josh Marcum*
JOSH MARCUM (P68244)
Assistant Attorney General
marcumj1@michigan.gov
P68244
