UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

JASON CANTRELL #397429,

    Plaintiff,	NO. 1:18-cv-1163

v	HON. GORDON J. QUIST

MICHIGAN DEPARTMENT OF	MAG. PHILLIP J. GREEN
CORRECTIONS, *et al.*,

    Defendants.
_____/

Exhibit C

Taser Video (DVD Disc)
Date: 8/19/2017

