UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

JASON CANTRELL #397429,

     Plaintiff,                       NO. 1:18-cv-1163

v                              HON. GORDON J. QUIST

MICHIGAN DEPARTMENT OF        MAG. PHILLIP J. GREEN
CORRECTIONS, *et al.*,

     Defendants.

_____/

Exhibit F

E-N Still Photographs captured from Exhibit C



09