UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

JASON CANTRELL #397429,

    Plaintiff,

v

MICHIGAN DEPARTMENT OF
CORRECTIONS, *et al.*,

    Defendants.

NO. 1:18-cv-1163

HON. GORDON J. QUIST

MAG. PHILLIP J. GREEN

_____/

Exhibit I

E-N Still Photographs captured from Exhibit C

