UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

JASON CANTRELL #397429,

    Plaintiff,                               NO. 1:18-cv-1163

v                                       HON. GORDON J. QUIST

MICHIGAN DEPARTMENT OF      MAG. PHILLIP J. GREEN
CORRECTIONS, *et al.*,

    Defendants.
_____/

Exhibit K

E-N Still Photographs captured from Exhibit C

