UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

JASON CANTRELL #397429,

Plaintiff,

v

MICHIGAN DEPARTMENT OF CORRECTIONS, *et al.*,

Defendants.

NO. 1:18-cv-1163

HON. GORDON J. QUIST

MAG. PHILLIP J. GREEN

______________________________________________/

Exhibit N

E-N Still Photographs captured from Exhibit C