UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

JASON CANTRELL #397429,

    Plaintiff,

v

MICHIGAN DEPARTMENT OF
CORRECTIONS, *et al.*,

    Defendants.

NO. 1:18-cv-1163

HON. GORDON J. QUIST

MAG. PHILLIP J. GREEN

_____/

Exhibit T

Institutional Video (DVD Disc)
Date: 8/19/2017

Case 1:18-cv-01163-JMB ECF No. 82-13, PageID.559 Filed 10/16/20 Page 2 of 2

*Cantrell #397429 v MDOC, et al.*
USDC-WD No. 1:18-cv-1163

Exhibit T