## Cantrell v. Heilig (videos)

**Marcum, Joshua (AG) <MarcumJ1@michigan.gov>**
Mon 10/12/2020 2:05 PM
**To:** Manville, Daniel <manvilld@law.msu.edu>
**Cc:** McQuiston, Joleen (AG) <McQuistonJ@michigan.gov>

Mr. Manville,

Following-up on our conversation from last week, IBC has confirmed that there is no additional video available. According to the Inspector, the video that was preserved starts at the beginning of the critical incident that was reviewed and resulted in the Critical Incident Report that is also a part of discovery. That's the same facility video that was turned over to my office and provided to you. Any additional video not preserved is archived for only 30 days before the hard drives are overwritten.

Best Wishes,

Josh Marcum
Assistant Attorney General
Michigan Department of Attorney General
MDOC Division
Phone (517) 335-3055
Fax (517) 335-7157
marcumj1@Michigan.gov

Exhibit 7, Email as to Video