UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES CANTRELL,

    Plaintiff,

-v-                                                                  Case No. 1:18-cv-1163
                                                 Hon. Gordon J. Quist
TROY THELAN, et al.,                              Mag. Phillip J. Green

    Defendants,
_____/

**PLAINTIFF'S EXHIBIT LISTING**

1. Cantrell's Deposition Testimony
2. Medical Records
3. Misconduct Report and Misconduct Hearing Report.
4. Heilig's Deposition Testimony
5. Arp's Deposition Testimony
6. Arp's Critical Incident Participant Report
7. Heilig's Critical Incident Participant Report