Page 1

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN


JASON CANTRELL #397429

    Plaintiff,

v                                            File No. 1:18-cv-1163

                                   HON. GORDON J. QUIST

MICHIGAN DEPARTMENT OF
CORRECTIONS, ANTHONY HEILIG,
and SCOTT ARP,

                                   MAG. PHILLIP J. GREEN

    Defendants.

                                   /


VIDEO CONFERENCE DEPOSITION OF JASON PAUL CANTRELL

Taken by the Defendant on the 26th day of November, 2019, at

1500 Caberfae Highway, Manistee, Michigan, at 8:30 a.m.


APPEARANCES:

| | |
|---|---|
| Co-Counsel<br>For the Plaintiff: | MR. DANIEL E. MANVILLE (P39731)<br>Michigan State University College of Law<br>648 North Shaw Lane, Room 215<br>East Lansing, Michigan 48823<br>(517) 432-6866 |
| For the Defendant: | MR. BRANDON WILLIAM WADDELL (P81494)<br>(via video conference)<br>Department of Attorney General<br>525 West Ottawa Street<br>Lansing, Michigan 48933 |
| Also Present: | Erin Bartels |

Exhibit 1 - Cantrell's Deposition, partial

**Network**Reporting
— STATEWIDE COURT REPORTERS —
800-632-2720

Page 7

1  Q   So we'll just -- we'll just skip, you know, right to August
2      17th.  I think that's really where everything starts; is
3      that correct?
4  A   **No, August 19th.**
5  Q   19th.  I'm sorry.  I'm sorry.  And the date isn't something
6      I would hold you to, but I misspoke.  It's 19.  So what
7      happened that kind of started everything -- all this -- this
8      off?
9  A   **Officer Heilig came to my room and searched my room.**
10 Q   Did you have any notice that he was coming?
11 A   **No.**
12 Q   Did you know why he was there?
13 A   **No.**
14 Q   Did they ever tell you afterwards why he was there?
15 A   **No.**
16 Q   And who was he with?  Was he by himself?
17 A   **Yes.**
18 Q   So he comes to your cell, says, "I need to search your
19     cell."  What do you do?
20 A   **Stepped out.**
21 Q   And where do you go?  Do you just stand right outside the
22     door?
23 A   **Nope, I went to the base.**
24 Q   Does he say anything to you?  What exactly does he say to
25     you?

Page 8

```
 1  A    "Step out," and that's it.
 2  Q    That's it?
 3  A    Yeah.
 4  Q    Okay.  Did he -- and so you go to the base, he searches your
 5       cell.  About how long was he searching for?
 6  A    I don't know exactly how long.
 7  Q    Would you say five minutes?  10 minutes?  I mean, that's
 8       not -- it's not really that important.  I just want to know
 9       about how long he's in there.
10  A    Maybe 10 minutes or so.
11  Q    And how do you know that you can come back?
12  A    He come down the hall with a bag and told us to go back to
13       our rooms.
14  Q    Was it your bag?
15  A    It was a trash bag full of my stuff.
16  Q    Did you ever find out was in that -- in the bag?
17  A    Nope, just -- nope.
18  Q    Like, did you go back and notice some things were missing
19       and figure that that's what he took?
20  A    Yes; yes.
21  Q    And what was missing?
22  A    A fan, noticeably.
23  Q    A fan?
24  A    Yup.
25  Q    Okay.  Anything else that you can remember?
```

Page 9

```
 1  A    No.
 2  Q    So when you got back -- can you tell me what you observed
 3       when you got back to your cell?
 4  A    I came back to my cell and noticed that my family pictures
 5       were in the toilet along with some of my personal clothing,
 6       amongst other clothing scattered on the floor in my cell.
 7       My locker -- wall locker was -- everything was pulled out of
 8       it and placed on the floor.  My bed was thrown on -- my
 9       mattress was on the floor.  My sheets and everything was off
10       it.
11  Q    And did you -- did you go back and find him and ask him
12       about -- about this, or how did you react to that?
13  A    No.  The door shut and that's it.  I just observed
14       everything and was taking it all in.
15  Q    Okay.  When's the next time you got -- you were able to ask
16       Heilig about this stuff?
17  A    I never asked Heilig.
18  Q    Okay.  What did you do about trying to resolve this?
19  A    I came out at med line time.  My door opened and I came out
20       trying to speak to a sergeant or shift commander in regards
21       to how my room was left and my pictures and stuff in the
22       toilet.
23  Q    You said at med line.  Were you coming out to get meds?
24  A    No, my bunkie -- roommate came out at med line.
25  Q    Okay.
```

JASON CANTRELL, #397429 v. MICHIGAN DEPARTMENT OF CORRECTIONS, ET AL                                           DEPOSITION OF JASON PAUL CANTRELL

Page 10

```
 1  A    Our door opened for him to come out for med lines.
 2  Q    And then -- so you -- it opened for him, you came out to go
 3       speak to a supervisor?
 4  A    Yes.
 5  Q    Okay.  Did you ever speak -- who did -- do you remember
 6       exactly who you spoke to?
 7  A    I didn't get a chance to speak with anyone.  Officer Heilig
 8       was in the hallway and stopped me from being able to go
 9       speak to a sergeant or shift command.  He addressed me to go
10       back to my cell, I wasn't supposed to be out.  I in return
11       said, "I need to speak to a sergeant or shift command."  He
12       said, "Lock your bitch ass down," his exact words.  And then
13       I went back to my room, stood in my doorway and said, "I
14       still need to speak to a sergeant," not allowing my door to
15       shut.  And that's it.
16  Q    Okay.  Do you -- so you kind of ran into him when -- you
17       know, you just happened to pass him while you were going to
18       find a sergeant or supervisor?  Is that kind of how it
19       happened?
20  A    Correct.
21  Q    Or did you go find him?
22  A    No, he -- for whatever reason, he was standing in the middle
23       of our rock, which is unusual.
24  Q    Did he -- he didn't usually work in your unit?
25  A    No.
```

Exhibit 1 - Cantrell's Deposition, partial

NetworkReporting
STATEWIDE COURT REPORTERS
800-632-2720

Page 11

```
 1  Q    Okay.  You said you went back to your cell, you weren't
 2       going to -- you stood in the door and weren't going to let
 3       the door close.  Eventually did you go back into your cell?
 4  A    Yes.
 5  Q    And was that when your bunkie came back?
 6  A    I can't remember if he was already in the room or not, but I
 7       was in the doorway.  I don't remember if he was in there.  I
 8       don't remember exactly how that happened, that part.
 9  Q    Was there a time when you were paged to come to -- back to
10       the base by staff members?
11  A    No; no.
12  Q    Okay.  Did ever -- how about you just tell me, you know,
13       once you're back in your cell and the door's closed again,
14       whether or not your bunkie's in there or not, what's the
15       next interaction that you have with Heilig?
16  A    He keyed my door back open and asked me to submit to hand
17       restraints.
18  Q    Did he give you a reason why?
19  A    No.
20  Q    And what did you do?
21  A    I again asked to speak to a sergeant or shift command at --
22       while I sat on my bunk.
23  Q    And did he kind of just leave it there or what?
24  A    No.  Another CO who I don't know who it was standing next to
25       him pulled out a Taser and pointed it at me.  And then I got
```

1       up and turned around and submitted to hand restraints.
2   Q   Did he ever -- did you ever see him calling anyone or trying
3       to get people to come with him?
4   A   I didn't see nothing that I can remember, no. Nothing
5       stands out to me. I don't know what he did exactly as far
6       as that.
7   Q   Just going back to when -- you said Heilig told you --
8       you're standing in the door and he told you to go back into
9       your cell, did they tell you once to go back in your cell?
10      Did they have to tell you multiple times?
11  A   It was more than once, I believe.
12  Q   I just -- I just want to know what -- kind of the
13      interaction. Was it kind of just, "Hey, go back in your
14      cell," "No, I'm not going." Was it an argument? Was it
15      going back and forth? You know, how was it?
16  A   He kept telling me to go back to my room and I kept
17      insisting I needed to speak with someone in regard to how my
18      room was left and the damage that's done on my personal
19      property. So it was an interaction in regards to that
20      between me and him, yes. And he kept telling me to go -- to
21      let my door shut, go in my room. And I was insisting on
22      seeing the sergeant, so probably three times maybe he
23      probably told me to shut the door or get out the doorway.
24  Q   Okay.
25  A   And then that's when I let the door shut.

Page 15

1       hand restraints.
2  Q    And did you tell the person with the Taser that, "Nobody's
3       scared of that Taser, bro.  All that shit you're doing,
4       nobody's scared of that"?
5  A    I don't remember.
6  Q    Okay.  Would you be surprised if you had said that?  Would
7       it surprise you?
8  A    I don't understand that, that question.
9  Q    I mean, do you think that it's something you just wouldn't
10      have said?
11 A    I don't know.
12 Q    Okay.  So now we're, you know -- the Taser is out, you're
13      out of the cell.  Do you remember who put you in restraints?
14 A    Officer Heilig.
15 Q    And then what happens?
16 A    I was being escorted down the hallway.
17 Q    By who?
18 A    Officer Heilig and Officer Arp.
19 Q    Is it one on -- one on each arm?  Just kind of normal
20      escorting?
21 A    Yes.
22 Q    And then you get to the stairwell; correct?
23 A    Yes.
24 Q    And then -- so you're at the top of the stairwell and in
25      your words, what happens?

1  A   We're walking down the hall.  Officer Heilig said that --
2      made a comment to me, said that I asked for -- "bitch ass,"
3      and then began to start shouting "Stop resisting" at the top
4      of the -- as we approached the stairwell.
5  Q   Okay.
6  A   And that's it.
7  Q   And you weren't resisting?
8  A   No.
9  Q   So that's at the top of the stairwell.  Once you get onto
10     the stairs, what happens?
11 A   On the way down the stairs he continued to say "Stop
12     resisting" and then a few feet on base, once we got to the
13     bottom of the stairs, I was tripped and taken to the ground.
14 Q   And they just kept saying -- do you remember -- so you said
15     Heilig was saying, "Stop resisting"?
16 A   Yup.
17 Q   Was Arp saying anything?
18 A   I just remember hearing Heilig, CO Heilig, saying, "Stop
19     resisting."
20 Q   Okay.  And then you get down to base, you get down the
21     stairs, you go down.  How do you go down?
22 A   I was tripped.
23 Q   By who?
24 A   CO Arp.
25 Q   Okay.  Is there anything else said that you remember?  And I

Page 22

1        you they believe that you were pulling away at the bottom of
2        the stairs?
3   A    No.
4   Q    Now, you said you had some -- you made complaints of a lot
5        of injuries; pelvis, femur, hip, ribs.  Can you tell me
6        about the injuries you -- that were caused by this incident?
7   A    **I received some broken ribs and injury to my pelvis and hip**
8        **area and my foot and then in my neck.**
9   Q    Did you have anyone from health care -- did you see anyone
10       from health care about these issues?
11  A    Yes.
12  Q    When did you see them?
13  A    **Just a couple days after the incident.  I can't remember**
14       **specifically what day.**
15  Q    And they diagnosed -- you had several broken ribs, was it?
16  A    I believe two.
17  Q    Okay.  And then what was -- what was the issue with your
18       pelvis?
19  A    **I don't know exactly what the exact issue was, but I know it**
20       **caused a lot of discomfort and pain.  I was having issues**
21       **with getting up, transitional movement from --**
22  Q    Did you have any issues with this before?  Sorry for
23       interrupting you.
24  A    **Yes, I was in an automobile accident on my initial case, why**
25       **I'm in prison right now.  I had reconstructive surgery in my**

```
 1      ask it.  I just object.  So go ahead and re-ask the
 2      question.
 3   Q  Did you tell the nurse from health care that you had any
 4      physical issues?
 5   A  Not at that time.
 6   Q  And why is that?
 7   A  I was unable to -- I was unable to speak due to the
 8      situation that just happened.  I was out of breath.  My
 9      throat was sore from being grabbed.  I wasn't able to speak
10      to anyone at that moment.  I was laying on the shower floor.
11   Q  So you -- you physically couldn't speak?
12   A  Yes.
13   Q  About how long after the -- you hit the ground and you were
14      escorted did that nurse come by?
15   A  I don't know exactly how long.
16   Q  Do you think it was maybe an hour?  More?  Less?
17   A  I honestly don't know.
18   Q  Did you ever tell anyone from health care that you were
19      unable to speak?
20   A  I don't -- I don't remember.
21   Q  And then you -- so that nurse comes by that day?  I'm
22      assuming it's that same day the first nurse comes by and you
23      don't speak to them; correct?
24   A  Correct.
25   Q  When's the -- do you remember how many days afterwards you
```

1   MR. WADDELL:  I have no further questions.
2   MR. MANVILLE:  Yes, we have some questions.
3                    EXAMINATION
4   BY MR. MANVILLE:
5   Q   As to not speaking to the nurse when you were in Seg in that
6       cell in the shower, why didn't you speak -- why were you not
7       able to speak to the nurse?
8   A   Because when I --
9           (Off the record interruption)
10          (Off the record)
11  Q   So could you explain why you were not able to talk when the
12      nurse came by the shower?
13  A   They're in the -- when I was taken to the ground and getting
14      beat on exhausted me and put me in a -- it wore me down.
15      And then when I was being escorted to segregation, CO Heilig
16      and Arp stopped me in front of the unit and Heilig reached
17      over and grabbed my throat to keep me from being able to
18      breathe and whispered into my ear, "Do I (sic) have anything
19      else to say now, bitch?"  And repeatedly did -- grabbed my
20      throat for, like, 20 second periods probably three times and
21      then walked me over to segregation.  So I was unable, like,
22      to catch my breath and my throat was hurting along with
23      my -- the rest of my body.  But that's why I couldn't speak.
24  Q   You mentioned two officers escorted you from the housing
25      unit over to Seg.  There's only two officers at that time

| | | |
|---|---|---|
| 1 | A | No. |
| 2 | Q | And when you're going down the stairs, you don't know |
| 3 | | whether a sergeant is there? |
| 4 | A | I don't.  I couldn't see or tell, no. |
| 5 | Q | You can't see behind you, can you? |
| 6 | A | No. |
| 7 | Q | And when you got at the bottom and you're tripped and put on |
| 8 | | the ground, did more than two officers jump on you? |
| 9 | A | Yes. |
| 10 | Q | And did you see a sergeant then? |
| 11 | A | No. |
| 12 | Q | You weren't able to see much then because your head was |
| 13 | | forced on the ground; true? |
| 14 | A | Yes. |
| 15 | Q | All right.  And besides being hit in the side of -- you |
| 16 | | know, in the rib area, were you hit any other area at that |
| 17 | | time period? |
| 18 | A | Yes. |
| 19 | Q | Where? |
| 20 | A | My neck, my back, my legs and arms. |
| 21 | Q | Do you know who was doing the hitting? |
| 22 | A | I know specifically Heilig but I can't specifically say who |
| 23 | | else was the ones hitting me. |
| 24 | Q | Why can you say Heilig? |
| 25 | A | Because he was the one on my side that grabbed my arm and he |

1      kept yelling at me, "Stop resisting bitch," as he hit me.
2   Q  Right. And which side was he on?
3   A  My left side.
4   Q  And that's where your ribs were broken?
5   A  Yes.
6   Q  When you're -- when you agreed to be handcuffed, do you
7      remember whether your roommate was in your room or not?
8   A  I don't remember for sure. I believe he was. I'm pretty
9      sure he was in the room when I eventually did submit to hand
10     restraints, yes.
11  Q  And you had testified about locker items were not in the
12     cell anymore. Were they actually placed on the -- on the
13     floor like I'm placing this tablet on the table or were they
14     thrown on the floor?
15  A  They were thrown and scattered amongst my entire cell floor.
16  Q  And you were asked whether you had said, you know, "Come and
17     get me. I'll beat all your asses." If you had said that,
18     you knew that the officers would then be justified in using
19     the Taser or force against you; right?
20  A  Yes.
21  Q  Okay. And would you have done something like that?
22  A  No.
23  Q  That's kind of foolish, isn't it?
24  A  Yes.
25  Q  Because there's just you and a Taser; right?

1  A   Yes.

2  Q   And your son's picture was in there?

3  A   Yes.

4  Q   And basically was any of your roommate's pictures in the
5      toilet?

6  A   No.

7  Q   Was any of his stuff taken out of the locker and thrown on
8      the floor?

9  A   No.

10 Q   Had you had any problem with this -- with Heilig prior to
11     this incident?

12 A   Yes.

13 Q   And what was that?

14 A   I had to use the bathroom during law library a few months
15     prior.

16 Q   Right.

17 A   And he had -- he didn't -- he said I couldn't use the
18     bathroom, wasn't allowed.  I used the bathroom and received
19     a misconduct for using it.

20 Q   Did you yell at him?

21 A   No.

22 Q   Did you swear at him?

23 A   No.

24 Q   Did you get a misconduct for insolence?

25 A   No.

Page 39

```
 1  Q    In segregation?
 2  A    Yes.
 3  Q    And you would be placed -- you would remain there for the
 4       long term?
 5  A    Yes.
 6  Q    And you could actually also be charged with a criminal
 7       charge of Assault on an Officer; right?
 8  A    Yes.
 9  Q    So when you were charged, you had fear of all those
10       repercussions possibly happening?
11  A    Yes.
12  Q    And when is your out date?
13  A    September 2021.
14  Q    And when you were being treated by the nurse -- or medical,
15       I should say, because I don't know who -- were you on some
16       type of pain medication at that time period?
17  A    I believe -- I do believe it was naproxen for my arthritis.
18       But I'm -- I'm pretty sure it was, but I'm not 100 percent
19       for sure.
20  Q    And did one of the officers while walking you to segregation
21       state something about that there's a blind spot while
22       traveling to segregation?
23  A    Yes.
24  Q    Okay.  And did they threaten to do anything then?
25  A    Yes.
```