# DEPARTMENT OF CORRECTIONS
## INITIAL SEGREGATION REVIEW

**SITE: IBC**
**COMPLETED BY: Kevin D. Corning, RN**  　　　**08/19/2017 8:33 PM**

**NAME:  CANTRELL, JASON P.**
**ID #:  397429**
**DOB:  03/29/1985**

---

**Notification of placement**  　　　08/19/2017 8:30 pm

**Placement initiated by security**  　　　08/19/2017 8:15 pm

**Inmate encounter**  　　　Inmate encounter offers no complaints

**Chart review**
**Chronic problem List**
Hypertension, essential

**Active medications**

| Brand name | Dose | Sig | Comment |
|---|---|---|---|
| Lisinopril | 20 Mg | Take one tablet p.o. bid. KOP | |
| Naproxen | 500 Mg | take one tablet twice a day as needed for pain. Take with | |

food and use as little as possible. Supervising physician Dr. Burke.

**Placement recommendations/notifications**
No issues precluding housing identified

**Comments**
Patient seen in HU-8 shower, he did not respond to me.  No obvious injuries.  He has KOP meds he will need; custody is aware of this.

Exhibit 2 - 1

# MICHIGAN DEPARTMENT OF CORRECTIONS

 **Kite Response**

| | |
|---|---|
| **Patient Name** | JASON CANTRELL |
| **Date Received** | 08/24/2017 |
| **Time Received** | 9:45 am |
| **Taken By** | Jerry C. Ritz, RN |
| **Date Initiated** | 08/19/2017 |

**Age**   32 Years

## Action & Resolution

| Date | Time | User | Detail |
|---|---|---|---|
| 08/24/2017 | 10:49 PM | Jerry C. Ritz, RN | Schedule Nurse Visit approx 08/31/2017 with RN by Jerry C. Ritz, RN. Reason: Left hip discomfort.. Details: When I was in handcuffs, I was slammed to the ground and I hurt my left femur/pelvis hip and my right foot. I have had issues in the past with my feet, femur, pelvis and hip and I think something is wrong and I need to be seen. I'm in alot of pain.. Comments: I will schedule you an appointment for an assessment. You may want to try warm moist compresses. You can purchace pain medication from the store.. |

### Other

Reason: Left hip discomfort..

Details: When I was in handcuffs, I was slammed to the ground and I hurt my left femur/pelvis hip and my right foot. I have had issues in the past with my feet, femur, pelvis and hip and I think something is wrong and I need to be seen. I'm in alot of pain..

Comment: I will schedule you an appointment for an assessment. You may want to try warm moist compresses. You can purchace pain medication from the store..

# MICHIGAN DEPARTMENT OF CORRECTIONS

 **Kite Response**

| | |
|---|---|
| **Patient Name** | JASON CANTRELL |
| **Date Received** | 08/30/2017 |
| **Time Received** | 13:53 pm |
| **Taken By** | Jerry C. Ritz, RN |
| **Date Initiated** | 08/28/2017 |

**Age**  32 Years

### Action & Resolution

| Date | Time | User | Detail |
|---|---|---|---|
| 08/30/2017 | 3:21 PM | Jerry C. Ritz, RN | Reason: Neck head both feet pelvis left femur and left hip pain. Call details: I've kited about being in alot of pain. I was slammed to the ground and hurt myself. I injured myself during an altercation of me being placed in restraints. Comment You have an appointment scheduled in the near future. |

### Other

Reason: Neck head both feet pelvis left femur and left hip pain..

Details: I've kited about being in alot of pain. I was slammed to the ground and hurt myself. I injured myself during an altercation of me being placed in restraints..

Comment: You have an appointment scheduled in the near future..

# MICHIGAN DEPARTMENT OF CORRECTIONS

## NURSE PROTOCOL

**SITE: IBC**
**COMPLETED BY: Ashley R. Alberts, RN**      **08/31/2017 8:51 AM**

**Patient Name:** JASON CANTRELL
**DOB:** 03/29/1985
**ID#:** 397429

**Patient presenting with chief complaint(s)of: Musculoskeletal.**

**Vital Signs:**

| Date | Time | Temp | Pulse | Pattern | Resp | Pattern | BP | Sp O2 | Peak Flow | Weight Lb |
|------|------|------|-------|---------|------|---------|------|-------|-----------|-----------|
| 08/31/2017 | 8:55 AM | 97.9 | 72 | | 16 | | 126/82 | 97 | | 202.20 |

**MUSCULOSKELETAL**_____  _____ ____

**Subjective:**
Affected body part: Left hip/left rib cage and right foot..
Date of Onset: 08/19/2017.
Previous history? Yes. Comments:  Femur Fx, foot Fxs.
Previous treatment? Yes.
Recent injury? Yes.
Pain? Yes.

I got slammed to the ground when I was placed in seg, my foot is straight now. It was bruised but I think I just strained it. My rib is sticking out I swear to god and my hip feels like a rubber band

**Objective:**
Examination of Left hip, rib cage,bilat feet..
Tenderness? Yes.
Palpable distal pulses? Yes.
Pain with movement? Yes.
Sensation intact? Yes.
Spasms? No.
Range of motion (WNL)? Yes.
Weakness? No.
Discoloration? No.
Warm to touch? No.
Tingling? No.
Gait (WNL)? Yes.
Numbness? No.
Swelling? Yes.
Additional Comments: Pt has a raised hard area over approx 8-9th rib, it is tender and causes discomfort to breath in deeply. No redness noted..

Bowel & Bladder Function
N/A to complaint (no complaints of back pain).
Loss of control of bowel or bladder with back pain? N/A.

Urine dipstick?:  Not indicated.

Pt amb into HC with a steady gait.Pt has several compalints after being "slammed" on the ground and cuffed. Pt has

NAME:  CANTRELL, JASON P
NUMBER:  397429
D.O.B.:  03/29/1985

Exhibit 2 - 4

# MICHIGAN DEPARTMENT OF CORRECTIONS

## NURSE PROTOCOL

**SITE: IBC**
**COMPLETED BY: Ashley R. Alberts, RN      08/31/2017 8:51 AM**
normal ROM in bilat feet and hips. His skin is warm and dry to left leg. PPP +2,

**Assessment:**
Alteration in comfort

**Plan:**
**ORDERS**

| Status | Order | Reason | Date |
|---|---|---|---|
| ordered | Housing: Bottom bunk | | |
| ordered | X-ray exam of ribs, chest, one side Left | Pain,swelling | 09/01/2017 |
| ordered | X-ray exam of hip, complete Left | Increased pain/injury | 09/01/2017 |
| completed | Activity restrictions for 21 days. Facility notification completed. | | |
| completed | Patient education provided | | |
| completed | Sick call if symptoms do not subside or become more severe | | |
| completed | Physician contacted for same day treatment and orders | | |
| completed | Heat applications prn | | |

**Document generated by: Ashley R. Alberts, RN 08/31/2017 11:23 AM**
**Provider: Brent J. Simon PA**

NAME: CANTRELL, JASON P
NUMBER: 397429
D.O.B.: 03/29/1985

Exhibit 2 - 5

MICHIGAN DEPARTMENT OF CORRECTIONS
BUREAU OF HEALTH CARE
RADIOLOGY REPORT

PATIENT NAME AND NUMBER: Cantrell, Jason 397429
PATIENT LOCK: IBC
REQUESTING PROVIDER: Simon

DATE OF EXAM: 08/31/17
FACILITY OF EXAM: OFF-SITE

TYPE OF EXAM: LEFT RIB STUDY, THREE VIEWS

FINDINGS: Three views of the left ribs demonstrate fractures of ribs nine and ten near the rib angles. No evidence of a pneumothorax is present. The remaining ribs are intact. No radiopaque foreign bodies are seen.

IMPRESSION:

Fractures of ribs nine and ten, on the left side, near the rib angles.


TYPE OF EXAM: AP PELVIS AND LEFT HIP STUDY

FINDINGS: Examination of the pelvis with attention given to the left hip with additional views demonstrate no evidence of an acute displaced fracture or any other acute osseous abnormalities. There is evidence of previous surgical intervention regarding old healed trauma involving the left iliac crest, the medioinferior left ilium and the pubic symphysis, in which compression plate with screws are utilized to transfix the area of trauma. At the right sacroiliac region a large screw is seen in a transverse direction utilized to transfix old trauma. The trauma sites are completely healed involving the pelvis. At the bilateral sacroiliac joints sclerosis is seen, at the articulating surfaces, to represent advanced arthritic changes.

At the bilateral hips arthritic changes are represented which are seen as sclerosis and tiny subchondral cystic lesions. There are no acute displaced fractures or any other acute osseous abnormalities seen at the hips. Although, on the left side there are two large orthopedic screws which were utilized to transfix and stabilize an intramedullary rod of the femur. The screws are well contained within the intertrochanteric region and terminate within the femoral head. No loosening of the intramedullary rod is seen. Old healed trauma of the proximal femur is present.

IMPRESSION:

1.    Old healed trauma is identified of the pelvis with surgical transfixation.
2.    Old healed trauma is identified of the proximal femur with an intramedullary rod transfixing the area of
      trauma.
3.    Arthritic changes are seen at the bilateral sacroiliac joints as well as the hip articulating surfaces.

CANTRELL,JASON
DOB 03/29/1985      397429


Exhibit 2 - 6

_____
Michael Henderson, DO #11462
MDOC Medical Provider

MH / nq
9/5/2017 7:35 PM / 9/6/2017 10:39 AM
22909687

Electronically signed by Michael A. Henderson DO on 09/06/2017 10:00 PM

CANTRELL,JASON
DOB 03/29/1985      397429

Exhibit 2 - 7

## MICHIGAN DEPARTMENT OF CORRECTIONS

## NURSE PROTOCOL

**SITE:  IBC**
**COMPLETED BY:  Karen Rosa RN**          **09/07/2017 9:44 AM**

**Patient Name:** JASON CANTRELL
**DOB:** 03/29/1985
**ID#:**  397429

**Patient presenting with chief complaint(s)of: Musculoskeletal.**

**Vital Signs:**

| Date | Time | Temp | Pulse | Pattern | Resp | Pattern | BP | Sp O2 | Peak Flow | Weight Lb |
|------|------|------|-------|---------|------|---------|------|-------|-----------|-----------|
| 09/07/2017 | 1:09 PM | 97.0 | 64 | regular | 16 | | 130/82 | 98 | | 205.70 |

**MUSCULOSKELETAL**

**Subjective:**
Affected body part: Multiple.
Date of Onset: 08/19/2017.
Previous history? Yes. Comments:  car accident a couple years ago
Previous treatment? Yes. Comments:  rods, screws in place of his L side of pelvis, L hip
Recent injury? Yes. Comments:  was taken to ground on way to seg
Pain? Yes. Comments:  rates pain 7/10

Pt states L side of his ribs has been hurting and hurts to breathe; His L hip/pelvis feels like it is coming out then gets numbness down his L leg will sometimes last up to an hour

**Objective:**
Examination of Multiple.
Tenderness? Yes.
Palpable distal pulses? Yes.
Pain with movement? Yes.
Sensation intact? Yes.
Spasms? No.
Range of motion (WNL)? No.
Weakness? Yes.
Discoloration? No.
Warm to touch? No.
Tingling? No.
Gait (WNL)? No.
Numbness? Yes.
Swelling? No.
Additional Comments: Pt ambulates with limping guarded gait; EMR reviewed showing rib fx of ribs 9 &10 L side; Hip with arthritic changes and cystic lesions but without any displacements nor fx's present.

**Assessment:**
Alteration in comfort
Related to: bruise/contusion,

# MICHIGAN DEPARTMENT OF CORRECTIONS

## NURSE PROTOCOL

**SITE:  IBC**
**COMPLETED BY:  Karen Rosa RN          09/07/2017 9:44 AM**
**Plan:**
**MEDICATIONS**

| Start | Stop | Medication | Dose | Rx Units | Issued | Sig Desc |
|-------|------|------------|------|----------|--------|----------|
| 09/07/2017 | 09/11/2017 | Pain Relief | 325 Mg | Stock | 24 | Follow directions on package |

**ORDERS**

| Status | Order | Reason | Date |
|--------|-------|--------|------|
| ordered | MSP Sick Call : rib fx's x2; L hip/pelvis with increased pain/numb | | 09/07/2017 |
| ordered | Referred to provider rib fx's x2; L hip/pelvis with increased pain/numb | | 09/07/2017 |
| completed | Patient education provided | | |
| completed | Sick call if symptoms do not subside or become more severe | | |
| completed | Physician contacted for same day treatment and orders | | |

**Document generated by:  Karen Rosa RN 09/07/2017 1:29 PM**
**Provider: Brent J. Simon PA**

.

NAME:  CANTRELL, JASON P
NUMBER:  397429
D.O.B.:  03/29/1985

Exhibit 2 - 9

# MICHIGAN DEPARTMENT OF CORRECTIONS

## NURSE PROTOCOL

**SITE: IBC**
**COMPLETED BY: Kevin D. Corning, RN**     **09/07/2017 6:10 PM**

**Patient Name:** JASON CANTRELL
**DOB:** 03/29/1985
**ID#:** 397429

**Patient presenting with chief complaint(s)of: Cardiovascular.**

**Vital Signs:**

| Date | Time | Temp | Pulse | Pattern | Resp | Pattern | BP | Sp O2 | Peak Flow | Weight Lb |
|------|------|------|-------|---------|------|---------|-----|-------|-----------|-----------|
| 09/07/2017 | 6:11 PM | 97.7 | 60 | | 12 | | 146/92 | 99 | | 207.00 |

**MISCELLANEOUS AND OTHER COMPLAINTS_____**

**Subjective:**
Associated symptoms: My chest hurts. I have two broken ribs. It hurts to breathe
Previous history? No.
Previous treatment? No.
Result of injury? Yes. Two broken ribs; x-ray report 8/31/17.

**Objective:**
Physical Examination Findings
Lungs clear, heart sounds normal, heart beat regular. I told him he needs to breathe deeply regularly or he risks pneumonia. Suggested he alternate Tylenol with nsaid; he has both Tylenol and naproxyn in his house.

**Assessment:**
Alteration in comfort

**Plan:**
**MEDICATIONS**

| Start | Stop | Medication | Dose | Rx Units | Issued | Sig Desc |
|-------|------|-----------|------|----------|--------|----------|
| 09/07/2017 | 09/10/2017 | Ibuprofen | 200 Mg | Stock | 24 | Follow directions on package |

**ORDERS**

| Status | Order | Reason | Date |
|--------|-------|--------|------|
| completed | Patient education provided | | |
| completed | Sick call if signs and symptoms of infection develop or symptoms do not subside | | |

**Document generated by: Kevin D. Corning, RN 09/07/2017 6:29 PM**
**Provider: Gail Burke DO**

NAME: CANTRELL, JASON P
NUMBER: 397429
D.O.B.: 03/29/1985

Exhibit 2 - 10

## MICHIGAN DEPARTMENT OF CORRECTIONS

 **Kite Response**

---

| | | | |
|---|---|---|---|
| **Patient Name** | JASON CANTRELL | **Age** | 32 Years |
| **Date Received** | 09/08/2017 | | |
| **Time Received** | | | |
| **Taken By** | Joan Alfrey RN | | |
| **Date Initiated** | 09/08/2017 | | |

---

Medical Question
Patient Complaint/Concern: Pain medication.

Detail: I would like to see the Physician so I can get something for this pain I have 2 fractured ribs..

Comment: You currently have ibuprophen ordered for discomfort; continue taking the medication as instructed You also have an appointment scheduled soon with a Provider..

CANTRELL, JASON
397429
03/29/1985

Exhibit 2 - 11 1/1

# MICHIGAN DEPARTMENT OF CORRECTIONS - BUREAU OF HEALTH CARE SERVICES

**PATIENT:**           JASON CANTRELL
**DATE OF BIRTH:**     03/29/1985
**DATE:**              09/11/2017 11:38 AM
**VISIT TYPE:**        Provider Visit-unscheduled

### Chief Complaint/Reason for visit:
This 32 year old male presents with rib pain.

### History of Present Illness
**1. rib pain**
Additional comments:
Mr CAntrell presents states he is in pain especially when climbing stairs. Feels he has no support. HE states he has a injury from 8/19 and when x-ray was done on 8/31 showed fractured ribs. One exam lower left abdomen very tender admtis having a hard time taking deep breaths. Splinted with ACE wrap discussed importance of C+DB to avoid pneumonia. WIll order xray for follow up, 2 weeks with ace for support and 3 steps for 2 weeks. WIll follow up at CCC clinic 9/22

### Chronic Problems
Hypertension, essential

### Medications Active Prior to Today's Visit
| Drug Name | Dose | Qty | Description |
|-----------|------|-----|-------------|
| Lisinopril | 20 Mg | 0 | Take one tablet p.o. bid. KOP |
| Naproxen | 500 Mg | 60 | take one tablet twice a day as needed for |

pain. Take with food and use as little as possible. Supervising physician Dr. Burke.

### Allergies
| Allergen/Ingredient | Brand | Reaction: |
|---------------------|-------|-----------|
| No Known Drug Allergies | | |

### Review of Systems
**Constitutional:**
Negative for fatigue, fever and night sweats.

**Respiratory:**
Negative for cough, dyspnea and wheezing.

**Cardiovascular:**
Negative for chest pain and irregular heartbeat/palpitations.

**Gastrointestinal:**
Negative for abdominal pain, constipation, diarrhea and vomiting.

**Genitourinary:**
Negative for dysuria and hematuria.

**Musculoskeletal:**
Positive for:

## MICHIGAN DEPARTMENT OF CORRECTIONS

## NURSE PROTOCOL

**SITE: IBC**
**COMPLETED BY: Elizabeth M. Berg, RN**     **09/13/2017 9:19 AM**

**Patient Name:** JASON CANTRELL
**DOB:** 03/29/1985
**ID#:** 397429

**Patient presenting with chief complaint(s)of: Musculoskeletal.**

**Vital Signs:**

| Date | Time | Temp | Pulse | Pattern | Resp | Pattern | BP | Sp O2 | Peak Flow | Weight Lb |
|------|------|------|-------|---------|------|---------|-----|-------|-----------|-----------|
| 09/13/2017 | 9:19 AM | 97.5 | 64 | | 14 | | 120/70 | 98 | | 207.00 |

**MUSCULOSKELETAL**_____

**Subjective:**
Affected body part: ribs, arm.
Previous history? Yes. Comments: Recently broke ribs.
Previous treatment? Yes. Comments: They took an xray andI have naproxen but I am in pain and need something more
Recent injury? Yes. Comments: I have broken ribs and my hip hurts.
Pain? Yes. Comments: 30 out of 1-10. In pain all the time.

I hurt all the time.

**Objective:**
Examination of rib, arm.
Tenderness? Yes.
Pain with movement? Yes.
Sensation intact? Yes.
Spasms? No.
Range of motion (WNL)? No.
Weakness? Yes.
Discoloration? No.
Warm to touch? No.
Tingling? No.
Gait (WNL)? Yes.
Numbness? No.
Swelling? No.
Additional Comments: LImited AROM and unwilling to try PROM to raise are to front and lateral movememnts..

Bowel & Bladder Function
N/A to complaint (no complaints of back pain).

Urine dipstick?: Not indicated.

A &. O x 3. Normal gait. No limp for sore hip. Not walking slow or holding left arm against chest wall for for support.
Taking deep breathes to help with lung expansion

**Assessment:**
Alteration in comfort
Related to: bruise/contusion, strain/sprain.

NAME: CANTRELL, JASON P
NUMBER: 397429
D.O.B.: 03/29/1985

Exhibit 2 - 13

## MICHIGAN DEPARTMENT OF CORRECTIONS

## NURSE PROTOCOL

**SITE:  IBC**
**COMPLETED BY:  Elizabeth M. Berg, RN        09/13/2017 9:19 AM**

**Plan:**
**MEDICATIONS**

| Start | Stop | Medication | Dose | Rx Units | | Issued Sig Desc |
|-------|------|------------|------|----------|---|-----------------|
| 09/13/2017 | 09/14/2017 | Ibuprofen | 200 Mg | Stock | 24 | Follow directions on package |

**ORDERS**

| Status | Order | Reason | Date |
|--------|-------|--------|------|
| completed | Physician contacted for same day treatment and orders | | |
| completed | Patient education provided | | |

**Document generated by:  Elizabeth M. Berg, RN 09/13/2017 9:29 AM**
**Provider: Gail  Burke DO**

.

NAME:  CANTRELL, JASON P
NUMBER:  397429
D.O.B.: 03/29/1985

Exhibit 2 - 14

# MICHIGAN DEPARTMENT OF CORRECTIONS

## NURSE PROTOCOL

**SITE: IBC**
**COMPLETED BY: Jerry C. Ritz, RN**     **09/19/2017 10:01 AM**

**Patient Name:** JASON CANTRELL
**DOB:** 03/29/1985
**ID#:** 397429

**Patient presenting with chief complaint(s)of: Musculoskeletal.**

**Vital Signs:**

| Date | Time | Temp | Pulse | Pattern | Resp | Pattern | BP | Sp O2 | Peak Flow | Weight Lb |
|------|------|------|-------|---------|------|---------|------|-------|-----------|-----------|
| 09/19/2017 | 10:02 AM | 97.5 | 64 | | 16 | | 132/90 | 99 | | 202.60 |

**MUSCULOSKELETAL**_____ _____

**Subjective:**
Affected body part: chest.
Date of Onset: 08/19/2017.
Previous history? Yes. Comments: Fx ribs left lower chest.
Previous treatment? Yes. Comments: Pain meds ace bandage.
Recent injury? No.
Pain? Yes. Comments: Reports left rib pain is 10/10 currently.

Reports has been taking Ibuprofen, Naproxen and asa for left rib discomfort. Reports he is willing to get chest x-rays done. Reports left hip still popping and feels loose.

**Objective:**
Examination of chest.
Tenderness? Yes.
Palpable distal pulses? Yes.
Pain with movement? Yes.
Sensation intact? Yes.
Spasms? No.
Range of motion (WNL)? Yes.
Weakness? No.
Discoloration? No.
Warm to touch? No.
Tingling? No.
Gait (WNL)? Yes.
Numbness? No.
Swelling? Yes.
Additional Comments: Mild edema left lower anterior chest..

Bowel & Bladder Function
N/A to complaint (no complaints of back pain).
Loss of control of bowel or bladder with back pain? N/A.

Urine dipstick?: Not indicated.

No redness or bruise noted left anterior lower chest. Chart review put in to the provider.

NAME: CANTRELL, JASON P
NUMBER: 397429
D.O.B.: 03/29/1985

Exhibit 2 - 15

# MICHIGAN DEPARTMENT OF CORRECTIONS - BUREAU OF HEALTH CARE SERVICES

**PATIENT:**          JASON CANTRELL
**DATE OF BIRTH:**    03/29/1985
**DATE:**             09/22/2017 8:35 AM
**VISIT TYPE:**       Chronic Care Visit

## Chief Complaint/Reason for visit:
This 32 year old male presents with hypertension and rib fracture follow-up.

## History of Present Illness
**1. Hypertension**
Additional comments:
The patient says that he takes his linsinopril as prescribed. He states he is not currently doing anything for exercise. Mr. Cantrell says that he gets chips to eat, but not often. Otherwise he is doing "well" with his diet. He eats what he is given from the kitchen. He may eat 3 soups and a bag of chips per week. He denies eating "sweets."
**2. Rib Fracture Follow-Up**
Additional comments:
Per report for 8/31/17 left rib x-rays, "Fractures of ribs nine and ten, on the left side, near the rib angles." The patient says that he still has pain in the left rib area. He is taking naproxen. He states he refused his follow-up x-rays because he was mad. He has also been taking some acetaminophen and some ibuprofen.

## Chronic Problems
Hypertension, essential

## Allergies
| Allergen/Ingredient | Brand | Reaction: |
|---|---|---|
| No Known Drug Allergies | | |

## Review of Systems
**Constitutional:**
Negative for chills/rigors, fever and night sweats.

**Respiratory:**
Negative for dyspnea.

**Cardiovascular:**
Negative for chest pain, edema and irregular heartbeat/palpitations.

**Gastrointestinal:**
Negative for abdominal pain, nausea and vomiting.

**Neuro/Psychiatric:**
Negative for lightheadedness, loss of consciousness and syncope.

**Musculoskeletal:**
See History of Present Illness.

Exhibit 2 - 16

**Vital Signs**

| Date | Time | Height | Weight | Temp | Bp | Pulse | Resp. | Pulse Ox Rest | Pulse Ox Amb |
|------|------|--------|--------|------|-----|-------|-------|---------------|--------------|
| 09/22/2017 | 8:36 AM | 67.0 | 206.6 | 97.2 | 142/76 | 70 | 14 | | 99 |

| FiO2 | PeakFlow | Pain Score | Comments | | | Measured By |
|------|----------|------------|----------|--|--|-------------|
| | | | | | | Brent J. Simon, PA |

**Physical Exam**

**Constitutional:**
No acute distress. Well developed.
Comments: Patient walked in and sat up on the exam table without detected signs of discomfort

**Eyes:**
Right
No injection.
Left
No injection.

**Respiratory:**
Lungs clear to auscultation.  There is no cough.  Respiratory effort is normal.

**Cardiovascular:**
Heart Sounds:  NL S1, NL S2.
Extra Sounds:  None.
Rate and Rhythm:  Heart rate is regular rate.  Rhythm is regular.
See also extremities. No edema is present.

**Abdomen:**
Comments:  Abdomen was soft and non-tender.

**Integumentary:**
Comments:  Exposed skin was warm and dry.

**Musculoskeletal:**
Comments:  No obvious bony deformities of the left chest wall/ribs were detected. Patient reported some tenderness over the angles of the 9th & 10th ribs during palpation. No signs of bruising, bleeding, swelling, or other signs of injury of this area were detected. Patient did not seem to have a problem getting on/off the exam table.

**Extremities:**
No edema is present.

**Neurological:**
Level of Consciousness:  Normal.
Orientation:  Alert and oriented X 3. Grossly normal intellect. .
Balance & Gait:  Balance and gait intact. .
**Psychiatric:**  No unusual anxiety or evidence of depression.


**Assessment/ Plan**

**Fracture, rib(s), closed** (807.0)
**Hypertension, Benign** (401.1), Fair.
Plan comments:  The patient would prefer to take the lisinopril once per day, so see order to change that. I discussed and encouraged healthy lifestyle habits (i.e. diet, exercise), as the patient does have some room for improvement. I instructed the patient to not take more than one medication of the same class (unless otherwise instructed by healthcare) or take more of any medication than prescribed due to health risks. Patient to practice conservative management of the fractured ribs. I will extend the bottom bunk detail and switch from naproxen to Mobic, per patient request. I will also order some acetaminophen for him. He stated he will now be willing to have repeat rib x-rays, so see order for those and a follow-up visit. See orders for labs to follow-up/monitoring.


**Medications ordered this visit**

| Start Date | Stop Date | Medication Name | Sig Desc |
|------------|-----------|-----------------|----------|
| 09/22/2017 | 04/22/2018 | lisinopril 40 mg tablet | 1 PO QD. |
| 09/22/2017 | 01/22/2018 | Mobic 15 mg tablet | 1 PO QD prn pain. Take with food. |
| 09/22/2017 | 10/22/2017 | Pain Relief Regular Strength 325 mg tablet | 1-2 PO TID prn pain. May alternate with NSAID. |

CANTRELL, JASON
397429
03/29/1985
2/3  Exhibit 2 - 17

**Medications stopped this visit**

| Start Date | Stop Date | Medication | Dose | Sig Desc |
|---|---|---|---|---|
| 07/19/2017 | 09/22/2017 | Lisinopril | 20 Mg | Take one tablet p.o. bid. KOP |
| 06/23/2017 | 09/22/2017 | Naproxen | 500 Mg | take one tablet twice a day as needed for pain. Take with food and use as little as possible. Supervising physician Dr. Burke. |

**Office Services**

| Status | ApptDate | Timeframe | Order | Reason | I |
|---|---|---|---|---|---|
| nterpretation Value | | | | | |
| ordered | 11/15/2017 | | Chart Review/Update : Review post-9/22/17 blood pressures. | | |
| ordered | 10/03/2017 | | Chart Review/Update : Review report for x-rays of ribs ordered 9/22/17 | | |
| ordered | 12/22/2017 | | Chronic Care Clinic Fair : HTN. Review labs. | | |
| ordered | 10/13/2017 | | Provider Visit : Rib fracture follow-up | | |

**Instructions / Education**

| Status | Completed | Order | Reason |
|---|---|---|---|
| completed | 09/22/2017 | Discussed risk/ benefits/ side effects of treatment | |
| completed | 09/22/2017 | Contact healthcare/seek medical attention, if needed. | |
| completed | 09/22/2017 | Patient education provided and patient voiced understanding | |

**To be scheduled/ordered**

| Status | Order | Reason | Assessment | Timeframe | Appointment |
|---|---|---|---|---|---|
| ordered | X-ray exam of ribs, chest, one side Left | | fracture f/u | | 09/26/2017 |

**Lab Studies**

| Status | Lab Code Comments | Lab Study | Timeframe | Date |
|---|---|---|---|---|
| ordered | CBC2 | CBC with Differential, Platelets | | 12/15/2017 |
| ordered | PHS1 | Comp Panel (incl. Lipids) | | 12/15/2017 |

**Document generated by: Brent J. Simon, PA 09/22/2017 10:21 AM**

MICHIGAN DEPARTMENT OF CORRECTIONS
BUREAU OF HEALTH CARE
RADIOLOGY REPORT

PATIENT NAME AND NUMBER: Cantrell, Jason 397429
PATIENT LOCK: IBC
REQUESTING PROVIDER: Simon

DATE OF EXAM: 09/26/17
FACILITY OF EXAM: OFF-SITE

TYPE OF EXAM: LEFT RIBS, THREE VIEWS

FINDINGS: The left costal cage was examined in three views. No displaced fractures are identified and no intrinsic or metabolic osseous abnormality is apparent. If clinical symptoms warrant, a bone scan may be of further benefit to substantiate a nondisplaced fracture.

IMPRESSION:

Normal left rib study.

_____
Lyle Mindlin, DO #11461
MDOC Medical Provider

LM / nq
9/27/2017 12:49 PM / 9/28/2017 12:48 PM
22972236


Electronically signed by Lyle S. Mindlin DO on 09/28/2017 07:43 PM

CANTRELL,JASON
DOB 03/29/1985    397429

Exhibit 2 - 19

## MICHIGAN DEPARTMENT OF CORRECTIONS

 **Kite Response**

| | |
|---|---|
| **Patient Name** | JASON CANTRELL |
| **Date Received** | 10/01/2017 |
| **Time Received** | 21:35 pm |
| **Taken By** | Karen Rosa RN |
| **Date Initiated** | 10/01/2017 |

**Age**   32 Years

### Action & Resolution

| Date | Time | User | Detail |
|---|---|---|---|
| 10/02/2017 | 11:33 AM | Karen Rosa RN | Reason: Pain. Call details: I need to see someone about the pain in my ribs  I had x-rays last week, so hopefully everythings good because they hurt bad and these meds I'm on are not working. I'm also still experiencing pain in my left hip/pelvis and it keeps giving out causing me to fall.. |

Medical Question
Patient Complaint/Concern: Pain.

Detail: I need to see someone about the pain in my ribs  I had x-rays last week, so hopefully everythings good because they hurt bad and these meds I'm on are not working.  I'm also still experiencing pain in my left hip/pelvis and it keeps giving out causing me to fall..

Comment: Your recent xrays of your ribs show no fractures present in your ribs now  This is to say the bones are healed. You can still be experiencing pain from brusing and tenderness to area.  There was no show of swollen tissues in area either, just normal rib x-ray.  The scheduler shows you have an upcoming appointment with the provider within 1-2 week period.  You can discuss your concerns at that time.

CANTRELL, JASON
397429
03/29/1985
Exhibit 2 - 20 1/1

# MICHIGAN DEPARTMENT OF CORRECTIONS - BUREAU OF HEALTH CARE SERVICES

**PATIENT:** JASON CANTRELL
**DATE OF BIRTH:** 03/29/1985
**DATE:** 10/13/2017 8:56 AM
**VISIT TYPE:** Provider Visit-scheduled

---

### Chief Complaint/Reason for visit:
This 32 year old male presents with musculoskeletal.

### History of Present Illness
**1. Musculoskeletal**
Additional comments:
Patient is here for a follow-up for fractures of the left 9th & 10th ribs. May refer to 9/22/17 note.
Mr. Cantrell says that his ribs are feeling better. He adds that the only time his left side is sore anymore is when he lays on his left side a lot. Otherwise, the chest wall feels good/there is no pain in the chest. The chest wall pain is no longer an issue.
He says that the left hip is about the same. If he stays in one position for an extended period of time it tends to be worse. He says that currently the only thing that is bothering him is the left hip. He denies having any new injuries. He does his ROM exercises. He says that he stopped taking the Mobic because it upsets his stomach. No abdominal pain otherwise. He would like to switch back to naproxen. He adds that going up and down a bunk bothers the hip and he requests a bottom bunk. No numbness of the left lower extremity .

### Chronic Problems
Hypertension, essential

### Medications Active Prior to Today's Visit
| Drug Name | Dose | Qty | Description |
| --- | --- | --- | --- |
| Lisinopril | 40 Mg | 30 | 1 PO QD. |
| Pain Relief | 325 Mg | 90 | 1-2 PO TID prn pain. May alternate with |
| NSAID. | | | |

### Allergies
| Allergen/Ingredient | Brand | Reaction: |
| --- | --- | --- |
| No Known Drug Allergies | | |

### Review of Systems
**Constitutional:**
Negative for fever.

**Respiratory:**
Negative for dyspnea.

**Cardiovascular:**
Negative for chest pain and irregular heartbeat/palpitations.

**Gastrointestinal:**
Negative for blood in stool, melena, nausea and vomiting.

Comments: He says that he stopped taking the Mobic because it upsets his stomach. No abdominal pain

CANTRELL, JASON
397429
03/29/1985
1/3 Exhibit 2 - 21