8-27

**MICHIGAN DEPARTMENT OF CORRECTIONS**
**MISCONDUCT REPORT**

CSJ-228
10/10 4835-3228

| Prisoner Number: | Prisoner Name: | | Facility Code: | Lock: | Violation Date: |
|---|---|---|---|---|---|
| 397428 | Cantrell | | IBC | 2-246 B | 8-19-17 |

Time and Place of Violation: 2015 Housing Unit Z B upper

Contraband Removal Record Provided to Prisoner? ☐ Yes Date _____ ☐ N/A

Misconduct Class: ☒ I  ☐ II  ☐ III   Charge(s): Assault and Battery (Staff Victim)

Describe Violation (If contraband involved, describe in detail; identify any other employee witnesses): While Escorting Prisoner Cantrell #397428 From 2-246 B to Housing Unit B He pulled away At the top of the stairs causing Me to lose My Balance. Prisoner Cantrell Continued to tense his Body and Resist our Efforts to gain control. Prisoner Cantrell was placed on the ground, given orders to Stop Resisting. Prisoner Cantrell continued to Resist. We gained control of Prisoner Cantrell and Finished the Escort to Housing Unit B. ID by State ID & Hu2 count Board.

Reporting Staff Member's Name (Print): Heilig
Reporting Staff Member's Signature: [signature]
Date and Time Written: 8-19-17   2111

**REVIEW**

Location/Verification/Condition of Evidence: /

Elevated to Class I at review: ☐ No ☐ Yes   If "yes", explain reason:

**COMPLETE THIS SECTION ONLY FOR REVIEW OF CLASS I MISCONDUCT**

Status Pending Hearing: ☐ Bond  ☒ Segregation  ☐ Confinement to Cell/Room  ☐ Other
Reason if Non-Bond: ☒ Non-Bond List  ☐ Bond Revoked (must give reason)

Date and Time Given this Status: 8-19-17  2120
Who Notified in Housing Unit of Status: C/o Johnson

Hearing Investigator Requested? ☐ No ☒ Yes
Witnesses Requested? ☐ No ☒ Yes  If yes, list:

Relevant Documents Requested? ☒ No ☐ Yes  If yes, list:

Additional Comments:

Prisoner Waives 24 Hour Notice of Hearing? ☒ No ☐ Yes
Hearing Date: 8-21-2017

Reviewing Officer's Name (Print): Lt. S. Gilbert
Reviewing Officer's Signature: [signature]
Review Date and Time: 8-19-17  2130

I have received a copy of this report. My signature does not necessarily mean that I agree with the report.
☒ Prisoner refused to sign. Copy given to prisoner.
Prisoner's Signature: _____   Date: _____

**WAIVER OF CLASS I OR II HEARING**

I understand I have a right to a hearing. I waive my right to a hearing and plead guilty to all charges. I also waive my right to appeal and accept the sanctions imposed.
Prisoner's Signature: _____   Date: _____

**SANCTIONS IMPOSED** (Hearing Investigator enters begin and end dates for Class II misconducts)

_____ Days Toplock   Begins: _____ Ends: _____  ☐ Counseling/Reprimand (Class III only)
_____ Days Loss of Privileges  Begins: _____ Ends: _____  ☐ $ _____ Restitution (Class II only)
_____ Hours Extra Duty  Begins: _____ Ends: _____

Property Disposition If Applicable: _____

Employee Accepting Plea and Imposing Sanction (Print): _____  Employee's Signature: _____  Date: _____

Hearing Investigator's Name (Print): _____  Hearing Investigator's Signature: _____  Date: _____

Distribution: Prisoner; Counselor File; Record Office File (Class I and II); Central Office File (Class I); Hearing Investigator (Class I & Class II)

Exhibit 3 - Misconduct for Assault - 1

MICHIGAN DEPARTMENT OF CORRECTIONS  
**CLASS I MISCONDUCT HEARING REPORT**

CSJ-240B  
Rev. 10/10

| Prisoner | Prisoner Name | Facility Code | Lock | Violation Date |
|---|---|---|---|---|
| 397429 | Cantrell | IBC | 8-27 | 08/19/2017 |

**Charge(s):**  
Assault and Battery (2015)

If Charge Changed by Hearing Officer:

**Plea:** ☐ Guilty  ☒ Not Guilty

Misconduct Report Read to and Discussed with Prisoner ☒ (check if applies)  
Hearing Investigation Read to and Discussed with Prisoner ☒ (check if applies)  
No Hearing Investigation Requested ☐ (check if applies)

**EVIDENCE/STATEMENTS IN ADDITION TO MISCONDUCT REPORT**

I began the hearing by viewing a video outside of prisoner's presence. The video shows four officers escorting prisoner on the wing. As prisoner and the officers step down the stairs, one of the officers loses his balance. After reaching the bottom of the stairs and the staff are escorting prisoner, one of the officers places his foot under prisoner, tripping him. Staff and prisoner go to the floor. The video and video statement are marked confidential for security purposes. Prisoner present. Video summarized. All documents are one page unless otherwise noted. Misconduct Report, Hearing Investigation Report, including prisoner's statement to the hearing investigator, Misconduct Sanction Screening Form, read to and discussed with prisoner.

ORAL STATEMENT FROM PRISONER AT HEARING:  
I was going with the motion. I did not do anything wrong.  
I told prisoner the decision, sanction and dates prior to his leaving the hearing room.  
DUE PROCESS: It is noted that the reporter placed an incorrect prisoner number on the Misconduct Report. I find this to be harmless clerical error.

**REASONS FOR FINDINGS**

PD 03.03.105 defines assault and battery as an intentional, non-consensual touching of another person done either in anger or with the purpose of abusing or injuring another; physical resistance or physical interference with an employee. Injury is not necessary but contact is. The reporter says that while he was escorting prisoner, prisoner pulled away at the top of the stairs, causing the reporter to lose his balance. Prisoner continued to tense his body and resist staff escort to gain control. Prisoner continued to resist while he was on the floor. The video shows the reporter lose his footing, but it is not clear that prisoner at any time tenses up. Prisoner's explanation of the event, that he was just going with the motion, also is consistent with the video. Three other staff members were present, but their statements were not submitted to determine the veracity of the reporter or of prisoner. Without such statements of verification, I am not convinced that prisoner physically resisted or interfered with an employee. In addition, the Misconduct Report and the video do not indicate that prisoner's action was a non-consensual touching of another person done either in anger or with the purpose of abusing or injuring another.

**PROPERTY DISPOSITION** (for contraband see PD 04.07.112)

**FINDINGS**

| | | | | |
|---|---|---|---|---|
| Charge No. 1 | ☒ Guilty | ☒ Not Guilty | ☐ Dismissed | Reporting Code 008 |
| Charge No. 2 | ☐ Guilty | ☐ Not Guilty | ☐ Dismissed | Reporting Code ___ |
| Charge No. 3 | ☐ Guilty | ☐ Not Guilty | ☐ Dismissed | Reporting Code ___ |
| Charge No. 4 | ☐ Guilty | ☐ Not Guilty | ☐ Dismissed | Reporting Code ___ |

**DISPOSITION** (select one or more) (Toplock & LOP Sanctions End at 6:00 am)  
Begins        Ends

___ Days of Detention ___ ___ ___ Days Credit  
___ Days Top Lock ___ ___ ___ Hours Extra Duty  
___ Days Loss of Privileges ___ ___ $___ Restitution

Misconduct Hearing Report personally handed to Prisoner by Hearing Officer on this date: ___ (Check if Applies) ☐  
Hearing Report given to Staff Member by Hearing Officer for Delivery to Prisoner this date: **8/23/2017** (Check if Applies) ☒

Date of Hearing **08/23/2017**     Name of Staff Member **HI Novak**

| Hearing Officer's Name | Hearing Officer's Signature | Date |
|---|---|---|
| S. Burke 053 | *[signature]* | 8-23-17 |

DISTRIBUTION: Record Office, Central Office File, Prisoner, Counselor File, Hearing Investigator

Exhibit 3 - Misconduct for Assault - 2

| MICHIGAN DEPARTMENT OF CORRECTIONS | | | | CAJ-681 REV. 2/90 4835-0681 |
|---|---|---|---|---|
| **HEARING INVESTIGATION REPORT** | | | | |
| Number: 397429 | Name: Cantrell | | Date Seen: 8/21/2017 | Time Seen: |

PRISONER'S STATEMENT: "I didn't do anything. I was walking with them and Heilig just kind of tripped down the stairs. There were four of them and one of me so there was not much room left on the stairs. Heilig just sort of tripped, he didn't fall and I didn't push or pull him. We got to the bottom of the stairs and they just tripped me and jumped on me for no reason. I was walking and doing what they wanted."

WITNESSES REQUESTED: ☐ Yes  ☐ No

1. _____   2. _____
3. _____   4. _____

QUESTIONS TO STAFF WITNESSES: _____

The facility is requesting the attached video be made confidential due to security concerns. I certify the video is an accurate copy made from the original recording.

Signature: B. M.

Date: 8/22/2017

Exhibit 3 - Misconduct for Assault - 3

Video Summary

Re: 397429 Cantrell

Date: 8/19/17

Location: Unit 2

A group of officers is escorting Cantrell down the stairs in unit 2. I do not know who any of the officers are, they are not listed on the misconduct report, and no witness statements were provided. While coming down the stairs officer Heilig slips and loses his footing. Once on base one of the unknown officers trips Cantrell and the whole group ends on the floor, with the officers on top of Cantrell.

CONFIDENTIAL
PER H.O. _Brink.053_
DATE _8·23·17_

Exhibit 3 - Misconduct for Assault - 4