MICHIGAN DEPARTMENT OF CORRECTIONS
## CRITICAL INCIDENT PARTICIPANT REPORT

CAJ-571
7/91
4835-0571

| Name of Reporting Employee (Print or type) Last, First, Middle | | | | Incident Number |
|---|---|---|---|---|
| 8/19/2017 Arp, Scott M | | | | IBC 63 17 |

| Clock Number | Date of Report | Date of Incident | Job Title |
|---|---|---|---|
|  | 8/19/2017 | 8/19/2017 | Corrections Officer E-9 |

| Time of Incident (Military) | Location of Incident | Role in Incident |
|---|---|---|
| 2015 | Unit 2 B Upper and B wing base | Escort |

INCIDENT DESCRIPTION – Briefly describe what you saw, heard, said and did during the incident:

I, CO Arp, walked up to cell 2-246. Inside the cell, inmate Cantrell (397429) was yelling "You guys are gonna have to come and get me. I will beat all your asses." Officer Heilig told Cantrell to turn around and cuff up. Inmate Cantrell said "Fuck you. I need to talk to a Sgt now." Sgt Stump approached the cell and told inmate Cantrell to cuff up. Inmate Cantrell was noncompliant until Officer Earegood activated his ECD without deployment. Heilig applied restraints and I escorted inmate Cantrell with Officer Heilig. Cantrell tried pushing his weight into Officer Heilig when we were walking him down the stairs. Cantrell would not let me get a more secure hold, so we placed him on the ground to regain better control and compliance. Cantrell stood up and we escorted him to unit 8 without further incident.



Exhibit 6 - Arp's Critical Incident Participatnt Report

MDOC 008

MICHIGAN DEPARTMENT OF CORRECTIONS
**CRITICAL INCIDENT PARTICIPANT REPORT**

IBC 63 17

CAJ-571
7/91
4835-0571

Prisoners Involved in incident (Last name, prison number and lock):
1. Cantrell 397429, 2-246B
2. NA
3. NA
4. NA
5. NA
6. NA
7. NA
8. NA

Prisoner witnesses if known (Last name, prison number and lock):
1. NA
2. NA
3. NA
4. NA
5. NA
6. NA
7. NA
8. NA

Employee witnesses, if known (Last name and clock number):
1. Heilig
2. Earegood
3. Gose
4. Stump
5. Verhaar
6. Kammers
7. NA
8. NA

Medical assistance rendered? ☐ Yes  ☒ No

Misconduct / Notice of Intent Written? ☐ Yes  ☒ No

Doctor or PA (Full Name and Clock Number):  NA

RN or LPN In charge ( Full Name and Clock Number):  NA

Name & Clock number of Transporting Personnel    (From incident site to Infirmary)  NA
                                                 (From infirmary to Hospital)  NA

Describe injuries: Attach additional sheets of same size, if necessary.
NA

If reporting employee was assaulted or injured, does he/she wish to file charges? ☐ Yes  ☒ No

Description of reporting employee's injury and medical treatment received.  NA

I certify the above information is true to the best of my knowledge.

| Reporting Participant Signature | Date |
|---|---|
| Scott Arp | 8/19/17 |

PD-DWA-12.01 requires each employee (including medical staff) involved in a Critical Incident to complete report form (CAJ-571). The report shall be completed and submitted to the Shift Commander during the same shift the incident occurred. When necessary, additional pages may be added to this report.

Exhibit 6 - Arp's Critical Incident Participatnt Report

MDOC 009