UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
MINUTES

| Case Number | Date | Time | Judge |
|---|---|---|---|
| 1:18-cv-01163-GJQ | 12/21/2021 | 2:00 PM – 2:25 PM | Phillip J. Green |

## CASE CAPTION

Cantrell #397429 v. Anthony Heilig et al

## APPEARANCES

| Attorney: | Representing: |
|---|---|
| Daniel E. Manville | Plaintiff |
| O.G. Joseph Paul Reasons | Defendants |

## PROCEEDINGS

**NATURE OF HEARING:**

Settlement Conference Held; Case did not settle.

Portions Digitally Recorded
Deputy Clerk: J. Wright