UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JASON CANTRELL,

    Plaintiff,

v.                                          Case No. 1:18-cv-1163

ANTHONY HEILIG and               HON. JANE M. BECKERING
SCOTT ARP,

    Defendants.
_____/

## ORDER

This matter is before the Court on Plaintiff's Motion to modify the amended trial case management order (ECF No. 121), seeking a 10-day extension of the deadline to file a proof of service of subpoenas. No response to the motion was submitted. The Court having reviewed the filing:

**IT IS HEREBY ORDERED** that the Motion to modify the amended trial case management order (ECF No. 121) is GRANTED to the extent that a proof of service of subpoenas, if any, shall be filed not later than <u>August 1, 2022</u>.


Dated:  July 25, 2022                                     /s/ Jane M. Beckering
                                                              JANE M. BECKERING
                                                              United States District Judge