UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JASON CANTRELL,

    Plaintiff,

v.

MICHIGAN DEPARTMENT OF
CORRECTIONS, et al.,

    Defendants.
_____/

Case No. 1:18-cv-1163

HON. JANE M. BECKERING

## ORDER

Pending before the Court in this prisoner civil rights case is Non-Party Administrative Law Judge Susan Burke's Motion to Quash Subpoena (ECF No. 123), to which Plaintiff filed a response in opposition (ECF No. 126) and ALJ Burke, albeit without leave, filed a Reply (ECF No. 128). Having considered the parties' submissions and for the reasons stated more fully in ALJ Burke's Reply, the Court finds that ALJ Burke has demonstrated good cause to quash the trial subpoena under either Federal Rule of Civil Procedure 45(d)(3)(A)(iii) as requiring unauthorized disclosure of privileged matters, or Rule 45(d)(3)(A)(iv) as unduly burdensome.  Therefore,

**IT IS HEREBY ORDERED** that the Motion to Quash Subpoena (ECF No. 123) is GRANTED, and the subpoena issued to ALJ Burke is QUASHED.

Dated:  July 29, 2022

  /s/ Jane M. Beckering_____
JANE M. BECKERING
United States District Judge