UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JASON CANTRELL #397429,

       Plaintiff,                        Case No. 1:18–cv–1163

v.                                    Hon. Jane M. Beckering

ANTHONY HEILIG, et al.,

       Defendants.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been **rescheduled** as set forth below:

| | |
|---|---|
| Type of hearing(s): | Final Pretrial Conference |
| Date/Time: | September 22, 2022   02:30 PM<br>*(previously set for 9/22/2022 at 01:30 PM)* |
| District Judge: | Jane M. Beckering |
| Place/Location: | 601 Federal Building, Grand Rapids, MI |

*Change in time only.*

                                            JANE M. BECKERING
                                            United States District Judge

Dated:  August 2, 2022        By:   /s/ Rick M. Wolters
                                          Case Manager