UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JASON CANTRELL #397429,

    Plaintiff,　　　　　　　　　　　　　　NO. 1:18-cv-1163

v　　　　　　　　　　　　　　　　　　　　HON. JANE M. BECKERING

ANTHONY HEILIG and　　　　　　　　　　MAG. PHILLIP J. GREEN
SCOTT ARP,

    Defendants.
_____

| | |
|---|---|
| Laurence H. Margolis (P69635) | O.G. Reasons (P80463) |
| Ian T. Cross (P83367) | Assistant Attorney General |
| Margolis & Cross | Michigan Dept. of Attorney General |
| Attorneys for Plaintiff | Attorney for Defendants |
| 402 W. Liberty St. | Corrections Division |
| Ann Arbor, MI  48103 | P.O. Box 30217 |
| (734) 994-9590 | Lansing, MI  48909 |
| larry@lawA2.com | (517) 335-3055 |
| ian@lawinannarbor.com | reasonso@michigan.gov |

Jinan M. Hamood (P77315)
Law Office of Jinan M. Hamood
Attorney for Plaintiff
402 W. Liberty St.
Ann Arbor, MI 48103
(734) 355-5666
hamoodjm@gmail.com

_____/

At a session of said Court, held in the
City of Grand Rapids, Kent County, State of Michigan
on _____

*PRESENT: HONORABLE JANE BECKERING*
*USDC JUDGE*

**FINAL PRETRIAL ORDER**

1

A final pretrial conference was held on the 22nd day of September 2022. Appearing for the parties as counsel were:

- Ian T. Cross, Jinan M. Hamood, and Laurence H. Margolis for Plaintiff.
- O.G. Reasons and James Keathley for Defendants

**(1.) Exhibits:** The following exhibits will be offered by the plaintiff and the defendants:

Plaintiff's Exhibits:

| Exhibit Number | Description | Offered By | Objection | Date Offered | Date Received |
|---|---|---|---|---|---|
| 1 | 2017 MDOC Statistical Reports | Plaintiff | Relevance, FRE 401, 402, Hearsay, FRE 801, 802 | | |
| 2 | Bellamy Creek Correctional Facility - Google Maps Aerial Photo | Plaintiff | Relevance, FRE 401, 402 | | |
| 3 | Aerial Photo Detail of Unit 2 and Building w/ Segregation Unit | Plaintiff | Relevance, FRE 401, 402 | | |
| 4 | Deposition of Scott M. Arp in Doe v. Austin, Oct. 17, 2016 | Plaintiff | Relevance, FRE 401, 402, Hearsay, FRE 801, 802, FRCP 43 | | |
| 5 | MCO Collective Bargaining Agreement | Plaintiff | Relevance, FRE 401 402 | | |
| 6 | MDOC PA 107 Critical Incident Reports- 2017 Data | Plaintiff | Relevance, FRE 401, 402, Hearsay, FRE 801, 802 | | |
| 7 | MDOC PA 107 Critical Incident Reports- 2020 Data | Plaintiff | Relevance, FRE 401, 402, Hearsay, FRE 801, 802 | | |
| 8 | MDOC Employee Handbook | Plaintiff | Relevance, FRE 401 402 | | |
| 9 | Michigan Civil Service Commission – | Plaintiff | Relevance, FRE 401 402 | | |

| | | | | | |
|---|---|---|---|---|---|
| | Corrections Officer Job Specification | | | | |
| 10 | Michigan Civil Service Commission – Corrections Shift Supervisor Job Specification | Plaintiff | Relevance, FRE 401, 402, Hearsay, FRE 801, 802 | | |
| 11 | PD 01.01.140 | Plaintiff | Relevance, FRE 401, 402, | | |
| 12 | PD 01.04.110 | Plaintiff | Relevance, FRE 401, 402 | | |
| 13 | PD 01.04.140 | Plaintiff | Relevance, FRE 401, 402 | | |
| 14 | PD 01.05.100 | Plaintiff | Relevance, FRE 401, 402 | | |
| 15 | PD 01.05.120 | Plaintiff | Relevance, FRE 401, 402, | | |
| 16 | PD 02.01.103 | Plaintiff | Relevance, FRE 401, 402 | | |
| 17 | PD 02.03.100 | Plaintiff | Relevance, FRE 401, 402, | | |
| 18 | PD 03.03.105 | Both | | | |
| 19 | PD 03.03.130 | Plaintiff | Relevance, FRE 401, 402 | | |
| 20 | PD 04.04.110 | Both | | | |
| 21 | PD 04.05.110 | Plaintiff | Relevance, FRE 401, 402, | | |
| 22 | PD 04.05.112 | Plaintiff | Relevance, FRE 401, 402, | | |
| 23 | PD 04.05.120 | Plaintiff | Relevance, FRE 401, 402 | | |
| 24 | Surveillance Video | Both | | | |
| 25 | Still Photographs Captured from Surveillance Video | Plaintiff | | | |

3

| # | Description | Party | Objection | | |
|---|---|---|---|---|---|
| 26 | ECD Video | Both | | | |
| 27 | Still Photographs Captured from ECD Video | Plaintiff | | | |
| 28 | Plaintiff's Relevant Medical Records | Both | | | |
| 29 | Misconduct Hearing Report | Plaintiff | Relevance, FRE 401, 402, Hearsay, FRE 801, 802 | | |
| 30 | Critical Incident Report and Critical Incident Participant Reports | Plaintiff | Hearsay, FRE 801, 802 | | |
| 31 | Heilig & Arp Employee Handbook Acknowledgements | Plaintiff | Relevance, FRE 401 402 | | |
| 32 | Prisoner Misconduct Hearings Handbook | Plaintiff | Relevance, FRE 401, 402, Hearsay, FRE 801, 802 | | |
| 33 | Arp Oath of Office | Plaintiff | Relevance, FRE 401 402 | | |
| 34 | Heilig Oath of Office | Plaintiff | Relevance FRE 401 402 | | |
| 35 | HU 2 Logbook | Plaintiff | Relevance, FRE 401, 402, Hearsay, FRE 801, 802 | | |
| 36 | Visual aides (powerpoint) in opening and/or closing | Plaintiff | Defense has not reviewed any visual aides and therefore reserves objection for any grounds Defense determines appropriate | | |

Defendants' Exhibits:

4

| Exhibit Letter | Description | Offered By | Objection | Date Offered | Date Received |
|---|---|---|---|---|---|
| A. | Surveillance Video | Defense | | | |
| B. | ECD Video | Defense | | | |
| C. | Still Photographs Captured from ECD Video | Defense | | | |
| D. | PD 04.04.110 | Defense | | | |
| E. | PD 03.03.105A | Defense | | | |
| F. | 08/19/2017 Shift Schedule | Defense | | | |
| G. | Plaintiff's Relevant Medical Records | Defense | | | |
| H. | Internal Affairs Complaint – AIM #22038 Report | Defense | Relevance, FRE 401, 402, Hearsay, FRE 801, 802 | | |
| I. | MDOC Officer-Subject Control Continuum | Defense | Plaintiff has not reviewed this proposed exhibit and therefore reserves objection for any grounds Plaintiff determines appropriate | | |

**(2.) <u>Uncontroverted Facts</u>:** The parties have agreed that the following may be accepted as established facts:

    a. At all relevant times, Plaintiff was a prisoner confined at Bellamy Creek Correctional Facility.
    b. At all relevant times, Defendants were corrections officers employed at Bellamy Creek Correctional Facility.
    c. At all relevant times, Defendants were acting under the color of the law.

5

*Plaintiff proposes to include subparagraphs (d) – (r) as uncontroverted facts. Defendants object.*

   d. On August 19, 2017, at approximately 7:15 PM, Defendant Heilig conducted a search of Plaintiff's cell.
   e. Plaintiff was not present during Defendant Heilig's search of Plaintiff's cell.
   f. Plaintiff was returned to his cell sometime after the conclusion of Defendant Heilig's search.
   g. Plaintiff's cell door was opened at approximately 8 PM for medication lines.
   h. While Plaintiff's cell door was open for medication lines, Plaintiff stepped out and requested to speak with a sergeant.
   i. Defendant Heilig instructed Plaintiff to return to his cell.
   j. Plaintiff returned to his cell but remained in the doorway of the cell.
   k. Defendant Heilig called for assistance and then placed Plaintiff in handcuffs.
   l. Defendant Arp arrived to assist Defendant Heilig in escorting Plaintiff to the segregation unit of the prison.
   m. Defendants owed Plaintiff a duty to refrain from the use of force maliciously and sadistically for the very purpose of causing him harm.
   n. At some point during the escort, Plaintiff ended up on the ground with Defendants holding him down.
   o. Sometime between 8:15 AM and 8:30 AM Plaintiff was placed in the prison's segregation unit.
   p. Plaintiff was later treated at the facility medical clinic, both onsite and offsite, where X-rays revealed he had fractures of ribs nine and ten on the left side near the rib angles.
   q. On August 19, 2017, Defendant Heilig issued Plaintiff a "Misconduct Report charging Plaintiff with the Class I charge of Assault and Battery (Staff Victim).
   r. On August 23, 2017, Hearing Officer S. Burke issued a Class I misconduct Hearing Report wherein she found Plaintiff not guilty of the Class I charge of Assault and Battery (Staff Victim),

**(3.) Controverted Facts and Unresolved Issues:** The factual issues remaining to be determined and issues of law for the Court's determination are:

- Did Defendants use excessive force against Plaintiff on August 19, 2017?

**(4.) Witnesses:**

   **a.** Non-expert witnesses to be called by the plaintiff and the defendants, except those who may be called for impeachment purposes only, are:

   Plaintiff's Witness List:

| Name | Address | Telephone Number | Method of Testimony | Objections | Will Call/ May Call |
|---|---|---|---|---|---|
| Jason Cantrell | C/O Plaintiff's Counsel, 402 W. Liberty St. Ann Arbor MI 48103 | C/O Plaintiff's Counsel, 734-994-9590 | Live | | Will Call |
| Scott Arp | Grandview Plaza, 206 E. Michigan Ave., Lansing, MI 48909 | 517-335-1426 | Live | | Will Call |
| Gary Stump | Grandview Plaza, 206 E. Michigan Ave., Lansing, MI 48909 | 517-335-1426 | Deposition/ In person if Defendant's object to the reading of Mr. Stump's deposition | Hearsay FRE 801 802, FRCP 43 | May Call |
| Keith Earegood | Grandview Plaza, 206 E. Michigan Ave., Lansing, MI 48909 | 517-335-1426 | In person | | May Call |
| Brady Kammers | Grandview Plaza, 206 E. Michigan Ave., Lansing, MI 48909 | 517-335-1426 | In person | | May Call |
| Scott Gilbert | Grandview Plaza, 206 E. Michigan Ave., Lansing, MI 48909 | 517-335-1426 | In person | | May Call |
| David Verhaar | Grandview Plaza, 206 E. Michigan Ave., | 517-335-1426 | In person | | May Call |

7

| | Lansing, MI 48909 | | | | |
|---|---|---|---|---|---|
| MDOC/IBC Records Custodian | Grandview Plaza, 206 E. Michigan Ave., Lansing, MI 48909 | 517-335-1426 | In person | | May Call |
| Anthony Heilig | Grandview Plaza, 206 E. Michigan Ave., Lansing, MI 48909 | 517-335-1426 | In person | | Will Call |
| Lt. S. Gilbert | Grandview Plaza, 206 E. Michigan Ave., Lansing, MI 48909 | 517-335-1426 | In person | | May Call |
| S. Burke | Grandview Plaza, 206 E. Michigan Ave., Lansing, MI 48909 | 517-335-1426 | In person | The subpoena for this witness has already been quashed per ECF No. 129 Page ID. 1044 dated 07/29/2022 | May Call |

Additionally, Plaintiff reserves the right to call:

- All witnesses listed in Defendants' witness list, whether or not called to testify;

- Custodian of any records offered by the parties;

- All necessary rebuttal, foundation, and impeachment witnesses whether called to provide fact or expert testimony; and

Plaintiff further reserves the right to add additional witnesses as they become known and necessary throughout the course of these proceedings.

Defendants' Witness List:

| Name | Address | Telephone Number | Method of Testimony | Objections | Will Call/ May Call |
|---|---|---|---|---|---|
| Anthony Heilig | Grandview Plaza, 206 E. Michigan Ave., Lansing, MI 48909 | 517-335-1426 | In person | | Will Call |
| Scott Arp | Grandview Plaza, 206 E. Michigan Ave., Lansing, MI 48909 | 517-335-1426 | In person | | Will Call |
| Keith Earegood | Grandview Plaza, 206 E. Michigan Ave., Lansing, MI 48909 | 517-335-1426 | In person | | May Call |
| David Verhaar | Grandview Plaza, 206 E. Michigan Ave., Lansing, MI 48909 | 517-335-1426 | In person | | May Call |
| Brady Kammers | Grandview Plaza, 206 E. Michigan Ave., Lansing, MI 48909 | 517-335-1426 | In person | | May Call |
| Scott Gilbert | Grandview Plaza, 206 E. Michigan Ave., Lansing, MI 48909 | 517-335-1426 | In person | | May Call |

| | | | | | |
|---|---|---|---|---|---|
| Gary Stump | Grandview Plaza, 206 E. Michigan Ave., Lansing, MI 48909 | 517-335-1426 | In person | | May Call |
| Kevin Corning | Grandview Plaza, 206 E. Michigan Ave., Lansing, MI 48909 | 517-335-1426 | In person | | May Call |
| MDOC/IBC Records Custodian | Grandview Plaza, 206 E. Michigan Ave., Lansing, MI 48909 | 517-335-1426 | In person | | May Call |

**b.** Expert witnesses to be called by the plaintiff and the defendants, except those who may be called for impeachment purposes only, are:

Plaintiff: N/A

Defendants: N/A

**c.** It is understood that, except upon a showing of good cause, no witness whose name and address does not appear in the lists required by subsections (a) and (b) will be permitted to testify for any purpose, except impeachment, if the opposing parties object. Any objection to the use of a deposition under Fed. R. Civ. P. 32(a) not reflected in the Pretrial Order shall be deemed waived, except for good cause shown.

**(5.) Depositions and Other Discovery Documents:** All depositions, answers to written interrogatories, and requests for admissions, or portions thereof, that are expected to be offered in evidence by the plaintiff and the defendant are:

Plaintiff intends to read the deposition of Gary Stump into the record in its entirety.

Defendant objects on the basis of FRE 801 and 802, additionally on the basis of FRCP 43.

**(6.) Length of Trial:** Counsel estimate the trial will last approximately two full days, allocated as follows: One (1) day for plaintiff's case; One (1) day for defendants' case.

**(7.) Form of Alternate Dispute Resolution:** The form of Alternate Dispute Resolution selected was Settlement Conferences. The outcome was unsuccessful for

the following reasons:  The parties were at significant odds in terms of monetary settlement offers.

**(8.)  Prospects of Settlement:**  The current status of settlement negotiations is: Plaintiff and Plaintiff's counsel, along with Defendants' representative and Defendants' counsel, appeared in front of Judge Green for a settlement conference on September 7, 2022.  Settlement does not seem likely based on the results of that conference.


Dated: _____                  _____
                                                               JANE M. BECKERING
                                                                UNITED STATES DISTRICT JUDGE


APPROVED AS TO CONTENT AND FORM:


 /s/ OG Reasons w/Permission              /s/ Ian T. Cross
OG Reasons (P80463)                       Ian T. Cross (P83367)
Counsel for Defendant                     Laurence H. Margolis (P69635)
                                                         Counsel for Plaintiff


                                                          /s Jinan M. Hamood
                                                         Jinan M. Hamood (P77315)
                                                         Co-Counsel for Plaintiff