UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHGAN
SOUTHERN DIVISION

JASON CANTRELL,

    Plaintiff,

v.

ANTHONY HEILIG and
SCOTT ARP,

    Defendants.

Case No. 1:18-cv-1163

HON. JANE M. BECKERING

_____/

## JURY VERDICT

1. Do you find that Plaintiff proved, by a preponderance of the evidence, that either Defendant violated his Eighth Amendment right to be free from excessive force?

Heilig:    No __✓__ **OR** Yes_____

Arp:    No __✓__ **OR** Yes_____

> *If you answered "No" as to both Defendants, you have reached a verdict. Have your foreperson sign the verdict form and send a message that the jury has reached its verdict. If you answered "Yes" as to any Defendant, complete questions 2 and 3 to determine a damages award as to the applicable Defendant(s), only.*

2. We find that Plaintiff proved his claim, by a preponderance of the evidence, and we award damages in the following amounts as to each applicable Defendant(s):

Heilig:    Compensatory **OR** nominal damages: $_____

Arp:    Compensatory **OR** nominal damages: $_____

3. Do you find that punitive damages should be assessed against any applicable Defendant(s)?

| | | | | |
|---|---|---|---|---|
| Heilig: | No_____ | **OR** Yes_____ | If Yes, in what amount? | $_____ |
| Arp: | No_____ | **OR** Yes_____ | If Yes, in what amount? | $_____ |

Foreperson: *John Browning* (signature)          Date: 9/29/22

Your Honor,

We have reached the verdict.

*[signature]*  9/29/22